1  LAW OFFICE OF JOHNSON & JOHNSON
   PETER JOHNSON 165523
2  319 Railroad Ave., Ste. 201
   Pittsburg, CA 94565
3  (925) 432-7447
   (925) 473.0512
4  jjlaw2@earthlink.net

5  Attorney for Plaintiffs

6               UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
7                   SAN JOSE DIVISION              *E-FILED - 11/9/06*

8  TRACY WATS0N, RENEE STALKER,           Case No. C06-4029 RMW
   OLIVIA STALKER, SHAFER WATSON,
9  RILEY WATSON,                          STIPULATION OF PARTIES AND ORDER
                                          TO CONTINUE CASE MANAGEMENT
10              Plaintiffs,               CONFERENCE

11       v.

12 COUNTY OF SANTA CLARA, COUNTY
   OF SANTA CLARA DEPARTMENT OF
13 FAMILY AND CHILDREN SERVICES;
   COUNTY OF SANTA CLARA
14 DEPARTMENT OF COUNTY COUNSEL;
   COUNTY OF SANTA CLARA DISTRICT
15 ATTORNEYS OFFICE; SANTA CLARA
   VALLEY MEDICAL CENTER;
16 EVERGREEN SCHOOL DISTRICT; CITY
   OF SAN JOSE, SAN JOSE POLICE
17 DEPARTMENT; NORMA SPARKS,
   YAZMINA LETONA; SHARON BURGAN;
18 JEWELS RAMIREZ; VU TRAN; ANN
   MILLER RAVEL, RIMA SINGH; AARON
19 WEST; GEORGE KENNEDY; CLIFTON
   BLACK; ROSE REAL; ROBERT PRUITT;
20 CHERYL HARMS; CLAUDIA BLODGETT;
   GARY KISHIMOTO; JOELLA MOLLOY;
21 JOHN HAMILTON, ANITA NOBLE, JANET
   KAHLE, MARY RITTER, DAVID KEARNS,
22 RAJUL KAZI; ROB DAVIS; WILLIAM
   HOYT; CRAIG BLANK;
23
24              Defendants.

25

1   The parties submit the following stipulation for the purpose of requesting the
2   Court continue the Case Management Conference currently set for October 27, 2006 at
3   10:30 a.m..
4   All defendants in this action have accepted service of the summons and first
5   amended complaint by notice of acknowledgement and receipt.  As such their response
6   to the pleadings is not due until October 16, 2006.  Some defendants may be filing a
7   motion to dismiss related to the pleadings as to entities or individual defendants.  In any
8   event the parties have discussed the requirements to meet and confer in compliance
9   with the court orders and all agree that the case management conference date of
10  10/27/06 is premature relative to the procedural posture of this case.
11  Based on the foregoing the parties hereby stipulate to have the matter submitted
12  to the Court requesting an order continuing the date now set for Case Management
13  Conference from October 27, 2006 to a later date convenient to the Court.

Dated: October 6, 2006          /s/ Peter Johnson_____
                                Peter Johnson
                                Attorney for Plaintiffs

Dated: October 6, 2006          /s/ Robert Burchfiel_____
                                Robert Burchfiel
                                Attorney for City of San Jose

Dated: October 6, 2006          /s/ John Winchester_____
                                John Winchester
                                Attorney for County of Santa Clara

Dated: October 6, 2006          /s/ Jacquelyn Wilson_____
                                Jacquelyn Wilson
                                Attorney for Evergreen School District

**ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

The Court having considered the stipulation of the parties submitted herewith, and having found good cause does hereby order that the Case Management Conference now set to occur on October 27, 2006 shall be continued. The new date for the case management conference shall be December 15, 2006 @ 10:30. All other related dates shall be continued relative to the new Case Management Conference date.

Pursuant to Stipulation, it is So Ordered,


Dated: 11/9/06                    /s/ Ronald M. Whyte
                                  Ronald M. Whyte
                                  Judge of the United States District Court