1  JACQUELYN K. WILSON  (Bar No. 112206)
   SAMUELSON, WILSON & ROE
2  210 North Fourth Street, Suite 201
   San Jose, CA 95112
3  Telephone: (408) 790-5325
   Fax: (408) 997-7921; E-mail jkw@swr-law.com
4  Attorneys for Defendants
   CLIFTON BLACK, ROSE REAL,
5  ROBERT PRUITT, CHERYL HARMS,
   CLAUDIA BLODGETT, GARY KISHIMOTO,
6  JOELLA MOLLOY and EVERGREEN
   ELEMENTARY SCHOOL DISTRICT
7

8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
                           SAN JOSE DIVISION
10                                                  *E-FILED - 12/14/06*

11

12  TRACY WATS0N, RENEE STALKER,       )  Case No. C06-4029RMW
    OLIVIA STALKER, SHAFER WATSON,     )
    RILEY WATSON,                      )
13                                     )
                                       )  **STIPULATION OF PARTIES AND**
14              Plaintiff,             )  **ORDER TO CONTINUE CASE**
                                       )  **MANAGEMENT CONFERENCE**
15       vs.                           )
                                       )
16  COUNTY OF SANTA CLARA, COUNTY      )
    OF SANTA CLARA DEPARTMENT OF       )
17  FAMILY AND CHILDREN SERVICES;      )
    COUNTY OF SANTA CLARA              )
18  DEPARTMENT OF COUNTY COUNSEL;      )
    COUNTY OF SANTA CLARA DISTRICT     )
19  ATTORNEYS OFFICE; SANTA CLARA      )
    VALLEY MEDICAL CENTER;             )
20  EVERGREEN SCHOOL DISTRICT; CITY    )
    OF SAN JOSE, SAN JOSE POLICE       )
21  DEPARTMENT; NORMA SPARKS,          )
    YAZMINA LETONA; SHARON             )
22  BURGAN; JEWELS RAMIREZ; VU         )
    TRAN; ANN MILLER RAVEL, RIMA       )
23  SINGH; AARON WEST; GEORGE          )
    KENNEDY; CLIFTON BLACK; ROSE       )
24  REAL; ROBERT PRUITT; CHERYL        )
    HARMS; CLAUDIA BLODGETT; GARY      )
25  KISHIMOTO; JOELLA MOLLOY; JOHN     )
    HAMILTON, ANITA NOBLE, JANET       )
26  KAHLE, MARY RITTER, DAVID          )
    KEARNS, RAJUL KAZI; ROB DAVIS;     )
27  WILLIAM HOYT; CRAIG BLANK,         )

28          Defendants.

SAMUELSON, WILSON & ROE
An Association of
Attorneys Including A
Professional Corporation
Samuelson & Roe, APC

-1-

STIPULATION OF PARTIES AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

1   The parties submit the following stipulation for the purpose of requesting the
2   Court continue the Case Management Conference currently set for December 15, 2006 at
3   10:30 a.m.

4   The Motion to Dismiss of the Evergreen School District Defendants was heard by the
5   Court on December 1, 2006, and taken under submission. At that time, counsel present at
6   the hearing requested a continuance of the Case Management Conference in light of the
7   tentative ruling and likelihood of an amended pleading. At the hearing, the Court agreed a
8   continuance may be in order, but noted that it required the consent of all parties. All parties
9   hereby agree that the Case Management Conference date of 12/15/06 is premature relative to
10  the procedural posture of this case and in light of an expected amendment to the pleadings.
11  All counsel have provided Jacquelyn Wilson authority to file the stipulation with their
12  electronic signature at the time of this filing.

13  Based on the foregoing, the parties hereby stipulate to have the matter submitted
14  to the Court requesting an order continuing the date now set for Case Management
15  Conference from December 15, 2006 to February 9, 2007, at 10:30 a.m.

16  Dated: December 12, 2006           /s/ Peter Johnson
                                       Peter Johnson
17                                     Attorney for Plaintiffs

18  Dated: December 12, 2006           /s/ Clifford Greenberg
                                       Clifford Greenberg
19                                     Attorney for City of San Jose

20  Dated: December 12, 2006           /s/ Melissa Kiniyalocts
                                       Melissa Kiniyalocts
21                                     Attorney for County of Santa Clara

22  Dated: December 12, 2006           /s/ Jacquelyn Wilson
                                       Jacquelyn Wilson
23                                     Attorney for Evergreen School District

SAMUELSON, WILSON & ROE
An Association of
Attorneys Including A
Professional Corporation
Samuelson & Roe, APC

-2-
STIPULATION OF PARTIES AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

**ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

The Court having considered the stipulation of the parties submitted herewith, and having found good cause, does hereby order that the Case Management Conference now set to occur on December 15, 2006 shall be continued. The new date for the case management conference shall be February 9, 2007 @ 10:30 a.m. All other related dates shall be continued relative to the new Case Management Conference date.

Pursuant to Stipulation, it is So Ordered,

Dated: 12/14/06            /s/ Ronald M. Whyte
                           Hon. Ronald M. Whyte
                           Judge of the United States District Court

-3-

STIPULATION OF PARTIES AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

SAMUELSON, WILSON & ROE
An Association of
Attorneys Including A
Professional Corporation
Samuelson & Roe, APC