1  LAW OFFICE OF JOHNSON & JOHNSON
   PETER JOHNSON 165523
2  319 Railroad Ave., Ste. 201
   Pittsburg, CA 94565
3  (925) 432-7447
   (925) 473.0512
4  jjlaw2@earthlink.net

5  Attorney for Plaintiffs

6  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
7  **SAN JOSE DIVISION**

| | |
|---|---|
| 8  TRACY WATSON, RENEE STALKER, OLIVIA STALKER, SHAFER WATSON, RILEY WATSON, | Case No. C06-4029 RMW |
| 9  | |
| 10                Plaintiffs, | EX-PARTE APPLICATION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM – CIVIL (Minor, Olivia Stalker) |
| 11                v. | |
| 12  COUNTY OF SANTA CLARA, COUNTY OF SANTA CLARA DEPARTMENT OF FAMILY AND CHILDREN SERVICES; COUNTY OF SANTA CLARA DEPARTMENT OF COUNTY COUNSEL; COUNTY OF SANTA CLARA DISTRICT ATTORNEYS OFFICE; SANTA CLARA VALLEY MEDICAL CENTER; EVERGREEN SCHOOL DISTRICT; CITY OF SAN JOSE, SAN JOSE POLICE DEPARTMENT; NORMA SPARKS, YAZMINA LETONA; SHARON BURGAN; JEWELS RAMIREZ; VU TRAN; ANN MILLER RAVEL, RIMA SINGH; AARON WEST; GEORGE KENNEDY; CLIFTON BLACK; ROSE REAL; ROBERT PRUITT; CHERYL HARMS; CLAUDIA BLODGETT; GARY KISHIMOTO; JOELLA MOLLOY; JOHN HAMILTON, ANITA NOBLE, JANET KAHLE, MARY RITTER, DAVID KEARNS, RAJUL KAZI; ROB DAVIS; WILLIAM HOYT; CRAIG BLANK; | |
| 24                Defendants. | |

# EX-PARTE APPLICATION FOR APPOINTMENT OF GUARDIAN AD-LITEM

1. This application seeks the appointment of a guardian ad litem for a minor party in a civil action.

2. The applicant is Pam Stalker, a citizen of the United States and resident of the State of California. The applicant is the current foster parent of Olivia Morgan Stalker, a minor.

3. The applicant was appointed guardian ad litem by the Superior Court of California, County of Santa Clara, Juvenile Division after being approved for that position by the County Counsel for the County of Santa Clara. Additionally the minor was placed in the foster care of the applicant and remains in the foster care of the applicant while Welfare and Institutions Code 300 et. seq. proceedings are pending.

4. The guardian ad litem is to represent the interests of Olivia Morgan Stalker who resides at 2712 Laurel Street in Napa, California 94558. Tel. 707.224.8212;

5. The minor, Olivia M. Stalker, was born on 4/27/97;

6. The Court should appoint a guardian ad litem because the child has a cause of action to which justice requires competent representation of her interests. The child resides with her Aunt, Pam Stalker, and is a currently a ward of the Court pursuant to California Welfare and Institutions Code section 300 et. seq.

7. The minor named above currently has guardian or conservator of her estate and the appointment of a guardian ad litem is necessary to facilitate the litigation

process and because the person for whom the guardian ad litem is sought, is a minor.

8. The proposed guardian ad litem's relationship to the minor is that of aunt, related by blood.

9. The proposed guardian ad litem is fully competent and qualified to understand and protect the rights of the minor she will represent and has no interests adverse to the interest of the minor.

10. The applicant has served in the capacity of guardian ad litem in the juvenile court matter since approximately January of 2006. At all times the applicant has acted in the best interests of the minor. The applicant will continue to act objectively in the minor's best interest at all times during this appointment.

I declare under the penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

Dated:                                             /s/ Pam Stalker
                                                       Pam Stalker
                                                       Applicant for Appointment
                                                       Guardian Ad Litem

Dated: December 20, 2006                  /s/ Peter Johnson
                                                        Peter Johnson
                                                        Attorney for Minor

process and because the person for whom the guardian ad litem is sought, is a minor.

8. The proposed guardian ad litem's relationship to the minor is that of aunt, related by blood.

9. The proposed guardian ad litem is fully competent and qualified to understand and protect the rights of the minor she will represent and has no interests adverse to the interest of the minor.

10. The applicant has served in the capacity of guardian ad litem in the juvenile court matter since approximately January of 2006. At all times the applicant has acted in the best interests of the minor. The applicant will continue to act objectively in the minor's best interest at all times during this appointment.

I declare under the penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

Dated:

Pam Stalker
Applicant for Appointment
Guardian Ad Litem

Dated: December 20, 2006

/s/ Peter Johnson
Peter Johnson
Attorney for Minor

Watson-Stalker v. Santa Clara County
EX-PARTE APPLICATION AND ORDER RE: GAL

3

1 | ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM – EX PARTE

THE COURT FINDS that it is reasonable and necessary to appoint a Guardian Ad Litem for the minor named in the application, ~~Shafer Neil Watson~~ *Olivia Morgan Stalker*.

THE COURT ORDERS that applicant, Pam Stalker, is hereby appointed as the Guardian Ad Litem for ~~Shafer Neil Watson~~ *Olivia Morgan Stalker* for the reasons set forth in the application.

Dated: 1/3/07

*Ronald M. Whyte*
Ronald M. Whyte
United States District Court Judge

Watson-Stalker v. Santa Clara County
EX-PARTE APPLICATION AND ORDER RE:GAL

4