1  JACQUELYN K. WILSON (Bar No. 112206)
   SAMUELSON, WILSON & ROE
2  210 North Fourth Street, Suite 201
   San Jose, CA 95112
3  Telephone: (408) 790-5325
   Fax: (408) 997-7921; E-mail jkw@swr-law.com
4  Attorneys for Defendants
   CLIFTON BLACK, ROSE REAL,
5  ROBERT PRUITT, CHERYL HARMS,
   CLAUDIA BLODGETT, GARY KISHIMOTO,
6  JOELLA MOLLOY and EVERGREEN
   ELEMENTARY SCHOOL DISTRICT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

***E-FILED - 4/19/07***

| | |
|---|---|
| TRACY WATS0N, RENEE STALKER, OLIVIA STALKER, SHAFER WATSON, RILEY WATSON,<br><br>            Plaintiff,<br><br>    vs.<br><br>COUNTY OF SANTA CLARA, COUNTY OF SANTA CLARA DEPARTMENT OF FAMILY AND CHILDREN SERVICES; COUNTY OF SANTA CLARA DEPARTMENT OF COUNTY COUNSEL; COUNTY OF SANTA CLARA DISTRICT ATTORNEYS OFFICE; SANTA CLARA VALLEY MEDICAL CENTER; EVERGREEN SCHOOL DISTRICT; CITY OF SAN JOSE, SAN JOSE POLICE DEPARTMENT; NORMA SPARKS, YAZMINA LETONA; SHARON BURGAN; JEWELS RAMIREZ; VU TRAN; ANN MILLER RAVEL, RIMA SINGH; AARON WEST; GEORGE KENNEDY; CLIFTON BLACK; ROSE REAL; ROBERT PRUITT; CHERYL HARMS; CLAUDIA BLODGETT; GARY KISHIMOTO; JOELLA MOLLOY; JOHN HAMILTON, ANITA NOBLE, JANET KAHLE, MARY RITTER, DAVID KEARNS, RAJUL KAZI; ROB DAVIS; WILLIAM HOYT; CRAIG BLANK,<br><br>            Defendants. | Case No. C06-4029RMW<br><br>**STIPULATION OF PARTIES AND ORDER TO CONTINUE HEARINGS ON MOTIONS SET FOR MAY 11, 2007** |

SAMUELSON, WILSON & ROE
An Association of
Attorneys Including A
Professional Corporation
Samuelson & Roe, APC

-1-

STIPULATION OF PARTIES AND ORDER TO CONTINUE MOTIONS HEARINGS

1  The parties submit the following stipulation for the purpose of requesting the
2  Court continue the Motions presently set for May 11, 2007 at 9:00 a.m.
3  The Motion to Dismiss of the Evergreen School District Defendants was filed on
4  April 3, 2007, docket number 58, and set for hearing May 11, 2007 at 9:00 a.m.  A few
5  weeks prior to the filing, counsel for these defendants checked the calendar and believed the
6  hearing date to be available.
7  The Motion for Judgment on the Pleadings was filed by Counsel for VMC Defendants
8  on April 4, 2007, docket number 66, and set for hearing May 11, 2007 at 9:00 a.m.
9  According to the docket, the Declaration of Peter Johnson in support of a request for
10 enlargement of time filed on April 4, 2007, docket number 72, and set for hearing May 11,
11 2007 at 9:00 a.m.
12  By this stipulation, all counsel agree to continue the hearings on the Motion to
13 Dismiss, docket number 58, and the Motion for Judgment on the Pleadings, docket number
14 66, to May 25, 2007.  All counsel further stipulate that all Opposition and Reply briefs will
15 be due based upon the continued hearing dates, not the original hearing dates.  As a result,
16 the motion for enlargement of time, docket number 72, will be moot when the hearing dates
17 are continued.
18  All counsel have provided Jacquelyn Wilson authority to file the stipulation with their
19 electronic signature at the time of this filing.
20  Based on the foregoing, the parties hereby stipulate to have the matter submitted
21 to the Court requesting an order continuing the date now set for the motions noted above
22 from May 11, 2007 to May 25, 2007, at 9:00 a.m.

23 Dated: April 17, 2007                /s/ Peter Johnson
                                        Peter Johnson
24                                      Attorney for Plaintiffs

25 Dated: April 17, 2007                /s/ Clifford Greenberg
                                        Clifford Greenberg
26                                      Attorney for City of San Jose

27 Dated: April 17, 2007                /s/ Melissa Kiniyalocts
                                        Melissa Kiniyalocts
28                                      Attorney for County of Santa Clara

SAMUELSON, WILSON & ROE
An Association of
Attorneys Including A
Professional Corporation
Samuelson & Roe, APC

-2-

STIPULATION OF PARTIES AND ORDER TO CONTINUE MOTIONS HEARINGS

1 | Dated: April 17, 2007

/s/ Jacquelyn Wilson
Jacquelyn Wilson
Attorney for Evergreen School District

SAMUELSON, WILSON & ROE
An Association of
Attorneys Including A
Professional Corporation
Samuelson & Roe, APC

-3-

STIPULATION OF PARTIES AND ORDER TO CONTINUE MOTIONS HEARINGS

**ORDER TO CONTINUE MOTIONS**

The Court having considered the stipulation of the parties submitted herewith, and having found good cause, does hereby order that the Hearings on all motions presently set for May 11, 2007 at 9:00 a.m. shall be, and hereby are, continued to May 25, 2007 at 9:00 a.m..

Pursuant to Stipulation, it is So Ordered,

Dated: __4/19/07__      _____*Ronald M. Whyte*_____
                          Hon. Ronald M. Whyte
                          Judge of the United States District Court

SAMUELSON, WILSON & ROE
An Association of
Attorneys Including A
Professional Corporation
Samuelson & Roe, APC

-4-

STIPULATION OF PARTIES AND ORDER TO CONTINUE MOTIONS HEARINGS