**E-FILED on**   7/12/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRACY WATSON, RENEE STALKER, OLIVIA S., SHAFER W, RILEY W.,<br><br>        Plaintiffs,<br><br>        v.<br><br>COUNTY OF SANTA CLARA, COUNTY OF SANTA CLARA DEPARTMENT OF FAMILY AND CHILDREN SERVICES, COUNTY OF SANTA CLARA DEPARTMENT OF COUNTY COUNSEL, COUNTY OF SANTA CLARA DISTRICT ATTORNEYS OFFICE, SANTA CLARA VALLEY MEDICAL CENTER, EVERGREEN SCHOOL DISTRICT, CITY OF SAN JOSE, SAN JOSE POLICE DEPARTMENT, NORMA SPARKS, YAZMINA LETONA, SHARON BURGAN, JEWELS RAMIREZ, VU TRAN, ANN MILLER RAVEL, RIMA SINGH, AARON WEST, GEORGE KENNEDY, CLIFTON BLACK, ROSE REAL, ROBERT PRUITT, CHERYL HARMS, CLAUDIA BLODGETT, GARY KISHIMOTO, JOELLA MOLLOY, JOHN HAMILTON, ANITA NOBLE, JANET KAHLE, MARY RITTER, DAVID KEARNS, RAJUL KAZI, ROB DAVIS, WILLIAM HOYT, CRAIG BLANK,<br><br>        Defendants. | No. C-06-04029 RMW<br><br>ORDER DENYING VALLEY MEDICAL CENTER DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS<br><br>**[Re Docket No. 66]** |

      Defendants John Hamilton, Anita Noble, Janet Kahle, Mary Ritter, David Kearns, and Rajul Kazi (collectively "VMC defendants") move for judgment on the pleadings. Plaintiffs oppose the motion on the merits and on the grounds that it is premature. The court has read the moving and

ORDER DENYING VALLEY MEDICAL CENTER DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS—No. C-06-04029 RMW
LJP

responding papers and considered the arguments of counsel. For the reasons stated below, the court DENIES the VMC defendants' motion for judgment on the pleadings without prejudice to it being renoticed on the submitted papers after all defendants have answered or been dismissed.

Plaintiffs argue that, as a threshold matter, the VMC defendants' motion is premature because not all defendants have answered the Second Amended Complaint. Rule 12(c) provides that a party may move for judgment on the pleadings "[a]fter the pleadings are closed but within such time as not to delay the trial." Fed. R. Civ. P. 12(c). When the pleadings are "closed" is determined by reference to Rule 7(a), which specifies what pleadings are required under the Federal Rules. *See* James Wm. Moore et al., *Moore's Manual--Federal Practice and Procedure* § 16.02. "Thus, unless the court orders a reply, the pleadings close after the last of the following pleadings in the case has been filed: the answer, a reply to a counterclaim, an answer to a cross-claim, or a third-party answer." *Id.*

Courts confronting the issue have generally accepted the proposition that, where an action names multiple defendants, the pleadings are not closed until all defendants have answered. *See, e.g.*, *Habeeba's Dance of the Arts, Ltd. v. Knoblauch*, 2006 WL 968642 at *2 (S.D. Ohio 2006) (denying defendant's motion for judgment on the pleadings where the other defendant had filed a motion to dismiss that was pending before the court); *Grassmueck v. Barnett*, 2003 WL 22128337 at *3 (W.D. Wash. 2003) (same); *Stands Over Bull v. Bureau of Indian Affairs*, 442 F. Supp. 360, 367 (D. Mont. 1977) (denying defendants' motion because they had not filed an answer although other defendants had); *see also* William W. Schwarzer, A. Wallace Tashima & James M. Wagstaffe, *California Practice Guide: Federal Civil Procedure Before Trial* § 9:324 (2007). However, some courts, while citing the general rule, have found that they have discretion to allow motions for judgment on the pleadings in specific situations, even where not all defendants have filed an answer. *See Johnson v. Dodson Pub. Sch.*, 463 F. Supp. 2d 1151, 1156 (D. Mont. 2006) (finding defendant's motion "technically was premature" but allowing it because it concerned a cause of action that named only that defendant and plaintiffs had not raised a timeliness objection); *Noel v. Hall*, 2005 WL 2007876 at *1-2 (D. Or. 2005) (allowing defendant's motion where two other defendants had not answered the complaint for five years and the motion only sought to resolve a legal issue without

ORDER DENYING VALLEY MEDICAL CENTER DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS—No. C-06-04029 RMW
LJP     2

dismissing any claims); *Moran v. Peralta Cmty. Coll. Dist.*, 825 F. Supp. 891, 894 (N.D. Cal. 1993) (allowing defendant's motion where another defendant had yet to be served and thus technically was not yet a party).

The specific facts in *Johnson*, *Noel*, and *Moran* are unlike the present situation. Plaintiffs have raised a timeliness objection and further argue that the motion deals with issues that affect causes of action asserted against other defendants. In addition, all defendants have been served, and there is currently no risk that the other defendants will not answer the complaint in a timely manner once their motion to dismiss is resolved. Although the VMC defendants distinguish *Stands Over Bull*, they cite no case law in support of the position that their motion should be allowed at the current stage of proceedings. Thus, the court finds that the VMC defendants' motion is premature because the pleadings are not closed.

**ORDER**

For the foregoing reasons, the court DENIES the VMC defendants' motion for judgment on the pleadings without prejudice to it being renoticed on the submitted papers after all defendants have answered or been dismissed.

DATED:     7/10/07                              *Ronald M. Whyte*
                                                RONALD M. WHYTE
                                                United States District Judge

ORDER DENYING VALLEY MEDICAL CENTER DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS—No. C-06-04029 RMW
LJP                                            3

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

Peter J. Johnson	jjlaw2@earthlink.net

**Counsel for Defendants:**

Jacquelyn Kimmet Wilson	jkw@swr-law.com
Clifford S. Greenberg	cao.main@ci.sj.ca.us
Melissa R. Kiniyalocts	melissa.kiniyalocts@cco.co.scl.ca.us

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     7/12/07                                                    SPT
                                                                **Chambers of Judge Whyte**

*United States District Court*
*For the Northern District of California*

ORDER DENYING VALLEY MEDICAL CENTER DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS—No. C-06-04029 RMW
LJP                                                       4