1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
   MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding, East Wing, 9th Floor
3  San Jose, California  95110-1770
   Telephone:  (408) 299-5900
4  Facsimile:  (408) 292-7240

5  Attorneys for Defendants
   COUNTY OF SANTA CLARA, NORMA
6  SPARKS, YAZMINA LETONA, SHARON
   BURGAN, JEWELS RAMIREZ, VU TRAN,
7  ANN MILLER RAVEL, RIMA SINGH,
   AARON WEST, GEORGE KENNEDY,
8  JOHN HAMILTON, ANITA NOBLE,
   JANET KAHLE, MARY RITTER, DAVID          `*E-FILED - 1/17/08*`
9  KEARNS, and RAJUI KAZI

10

11                    UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
12

13

14  TRACY WATSON et. al.,              )    No.   C06-4029 RMW
                                       )
15       Plaintiffs,                   )    **STIPULATION AND  ORDER**
                                       )    **RESETTING TRIAL DATE AND ALL**
16  v.                                 )    **PRETRIAL DEADLINES**
                                       )
17  COUNTY OF SANTA CLARA et. al.,     )
                                       )
18       Defendants.                   )
                                       )
19  ─────────────────────────────────

20       The parties submit the following Stipulation and Proposed Order for the purpose of

21  requesting that the Court postpone by 120 days the trial date, presently set for June 9, 2007, and

22  all pretrial deadlines.

23       The parties hereby agree and stipulate that additional time is necessary in order to

24  complete discovery, disclosures, and trial preparation.

25       Further, defendants contend that a final resolution of a pending appeal by Plaintiffs Tracy

26  Watson and Renee Stalker of the jurisdiction and disposition orders of the Superior Court of

27  California, County of Santa Clara, Juvenile Division pertaining to the child-dependency

28  proceedings of Plaintiffs Olivia Stalker, Shafer Watson, and Riley Watson in the Court of

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Appeal of California, Sixth Appellate Division, could have a bearing on their defenses in this matter. On information and belief, the parties to that appeal have not completed briefing of the matter and are not expected to complete briefing for at least several months. As such, it is unlikely that the state court appeal will reach final disposition prior to the June 9, 2008 trial date.

Accordingly, the parties stipulate to have the trial date and all pretrial deadlines, including the last date to hear dispositive motions and all general discovery and expert discovery deadlines, postponed by 120 days, as set forth in the following schedule:

| | |
|---|---|
| Trial | October 6, 2008 |
| Pretrial Conference | September 25, 2008 |
| Last day to hear dispositive motions | August 8, 2008 |
| Expert disclosure | July 11, 2008 |
| Discovery cut-off | August 8, 2008 |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

ANN MILLER RAVEL
County Counsel

Dated: January 14, 2008       By: _____/S/_____
MELISSA R. KINIYALOCTS
Deputy County Counsel

Attorneys for County Defendants

Dated: January 8, 2008       By: _____/S/_____
JACQUELYN K. WILSON

Attorney for Evergreen School District Defendants

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and XXXXXXXX Order to Reset
Trial Date and All Pretrial Deadlines          2          C06-4029 RMW

Dated: January 11, 2008                    By: _____/S/_____
                                               CLIFF GREENBERG

                                               Attorney for City of San Jose Defendants


Dated: January 4, 2008                     By: _____/S/_____
                                               PETER JOHNSON

                                               Attorney for Plaintiffs



Dated: January 3, 2008                     By: _____/S/_____
                                               ROBERT R. POWELL

                                               Attorney for Plaintiffs

### ORDER RESETTING TRIAL DATE AND ALL PRETRIAL DEADLINES

The Court, having considered the stipulation of the parties and finding good cause, hereby orders that the June 9, 2008 trial date and all pretrial deadlines, including the last date to hear dispositive motions and all discovery and expert discovery deadlines, are reset according to the following schedule:

| | |
|---|---|
| Trial | October 6, 2008 |
| Pretrial Conference | September 25, 2008 |
| Last day to hear dispositive motions | August 8, 2008 |
| Expert disclosure | July 11, 2008 |
| Discovery cut-off | August 8, 2008 |

Dated: ___1/17/08___                       *Ronald M. Whyte*
                                           HONORABLE RONALD M. WHYTE
                                           United States District Court Judge

108034.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California