ANN MILLER RAVEL, County Counsel (S.B. #62139)
MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA, NORMA SPARKS, YAZMINA LETONA, SHARON BURGAN, JEWELS RAMIREZ, VU TRAN, ANN MILLER RAVEL, RIMA SINGH, AARON WEST, GEORGE KENNEDY, JOHN HAMILTON, ANITA NOBLE, JANET KAHLE, MARY RITTER, DAVID KEARNS, and RAJUI KAZI

*E-FILED - 5/14/08*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY WATSON et. al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SANTA CLARA et. al., <br><br> Defendants. | No.   C06-4029 RMW <br><br> **STIPULATION AND ORDER TO VACATE TRIAL DATE AND ALL PRETRIAL DEADLINES** |

  The parties in the above-captioned action submit the following Stipulation and Proposed Order for the purpose of requesting that the Court postpone the trial date, presently set for October 6, 2008, and all pretrial deadlines. This is the parties' second request for a trial continuance.

  Plaintiffs Tracy Watson and Renee Stalker have appealed the jurisdiction and disposition orders of the Superior Court of California, County of Santa Clara, Juvenile Division pertaining to the child-dependency proceedings of Plaintiffs Olivia Stalker, Shafer Watson, and Riley Watson. The appeal is pending in the Court of Appeal of California, Sixth Appellate Division. Plaintiffs' claims in the present civil-rights action stem from the child-dependency proceedings

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order to Vacate
Trial Date and All Pretrial Deadlines   1   C06-4029 RMW

1  that are presently pending on appeal.

2      Defendants contend that a final resolution of a pending appeal could have a bearing on
3  their defenses in this matter. The parties to that appeal have not completed briefing of the
4  matter and are not expected to complete briefing for at least several months. Further, Tracy
5  Watson and Renee Stalker will request that the state appellate court hear oral argument. As
6  such, it is unlikely that the state court appeal will reach final disposition prior to the October 6,
7  2008 trial date in the present action.

8      Accordingly, the parties stipulate to have the trial date and all pretrial deadlines, including
9  the last date to hear dispositive motions and all general discovery and expert discovery
10 deadlines, postponed as set forth in the following schedule:

| | |
|---|---|
| Trial | February 23, 2009 |
| Pretrial Conference | February 12, 2009 |
| Last day to hear dispositive motions | December 19, 2009 |
| Expert disclosure | November 14, 2008 |
| Discovery cut-off | December 19, 2008 |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

ANN MILLER RAVEL
County Counsel

Dated: _____    By: _____/S/_____
                                MELISSA R. KINIYALOCTS
                                Deputy County Counsel

                                Attorneys for County Defendants

Dated: _____    By: _____/S/_____
                                JACQUELYN K. WILSON

                                Attorney for Evergreen School District Defendants

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and [Proposed] Order to Vacate
Trial Date and All Pretrial Deadlines    2    C06-4029 RMW

1  Dated: _____   By: _____/S/_____
2                                    CLIFF GREENBERG
3                                    Attorney for City of San Jose Defendants
4
5  Dated: _____   By: _____/S/_____
6                                    PETER JOHNSON
7                                    Attorney for Plaintiffs
8
9  Dated: _____   By: _____/S/_____
10                                   ROBERT R. POWELL
11                                   Attorney for Plaintiffs
12

### ORDER RESETTING TRIAL DATE AND ALL PRETRIAL DEADLINES

The Court, having considered the stipulation of the parties and finding good cause, hereby orders that the June 9, 2008 trial date and all pretrial deadlines, including the last date to hear dispositive motions and all discovery and expert discovery deadlines, are reset according to the following schedule:

| | |
|---|---|
| Trial | February 23, 2009 |
| Pretrial Conference | February 12, 2009 |
| Last day to hear dispositive motions | December 19, 2009 |
| Expert disclosure | November 14, 2008 |
| Discovery cut-off | December 19, 2008 |

Dated: 5/14/08

*Ronald M. Whyte*
HONORABLE RONALD M. WHYTE
United States District Court Judge

124090.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order to Vacate
Trial Date and All Pretrial Deadlines           3                           C06-4029 RMW