**E-FILED on** 10/3/2008

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRACY WATSON, RENEE STALKER, OLIVIA S., SHAFER W, RILEY W., <br><br>Plaintiffs, <br><br>v. <br><br>COUNTY OF SANTA CLARA, *et al.,* <br><br>Defendants. | No. C-06-04029 RMW <br><br> ORDER GRANTING APPLICATION TO VACATE TRIAL DATE AND SETTING A CASE MANAGEMENT CONFERENCE <br><br> **[Re Docket No. 119]** |

The County defendants, joined by the school district defendants (*see* Docket No. 125 (Sept. 9, 2008)), move *ex parte* for an order vacating upcoming trial deadlines due to the pendency of a related appeal in state court. Though the plaintiffs initially declined to stipulate to vacate these deadlines, they no longer oppose the defendants' application. *See* Docket No. 126 (Sept. 15, 2008).

The pending related proceedings provide good cause and the court therefore vacates the upcoming trial date and all pretrial deadlines, including the last date to hear dispositive motions and the close of discovery. The court sets a case management conference for November 7, 2008 at 10:30 a.m. The parties must file a joint case management statement 10 days prior to the conference, which must include a proposal for new pretrial deadlines and a new trial date.

DATED: 10/3/2008

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

ORDER GRANTING APPLICATION TO VACATE TRIAL DATE AND SETTING A CASE MANAGEMENT CONFERENCE
No. C-06-04029 RMW
TSF

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

| | |
|---|---|
| Dennis R. Ingols | dingols@rrpassociates.com |
| Peter J. Johnson | jjlaw2@earthlink.net |
| Robert Ross Powell | rpowell@rrpassociates.com |

**Counsel for Defendants:**

| | |
|---|---|
| Jacquelyn Kimmet Wilson | jkw@swr-law.com |
| Clifford S. Greenberg | cao.main@ci.sj.ca.us |
| Melissa R. Kiniyalocts | melissa.kiniyalocts@cco.co.scl.ca.us |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     10/3/08                                           TSF
                                                        **Chambers of Judge Whyte**