UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRACY WATSON, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>        Defendants. | Case No.: C 06-4029 RMW (HRL)<br><br>**FURTHER CASE MANAGEMENT ORDER** |

On November 7, 2006, the parties appeared before Magistrate Judge Patricia V. Trumbull for a further Case Management Conference, based on a referral from District Judge Whyte. Based on the parties' Joint Case Management Statement, and the discussions held at the Case Management Conference,

IT IS HEREBY ORDERED that the deadline for filing any motion for joinder of any additional parties, or for other amendments to the pleadings, is thirty days after entry of this order.

IT IS FURTHER ORDERED that Plaintiff's request for an additional 50 hours of deposition is GRANTED, however absent agreement of the parties or further order of the court the 7 hour limit per deposition applies.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

Plaintiff's Designation of Experts with Reports. . . . . . . . . . . . . . . . . . . . . . . . . 2/20/09

ORDER, *page 1*

Defendant's Designation of Rebuttal Experts with Reports. . . . . . per Rule 26(a)(2)(C)(ii)

Fact Discovery Cutoff. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3/20/09

Expert Discovery Cutoff. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4/24/09

Last Day for Dispositive Motion Hearing . . . . . . . . . . . . . . . . . . . . . 9:00 a.m. on 3/13/09

Final Pretrial Conference. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2:00 p.m. on 4/30/09

Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1:30 p.m. on 5/11/09

Dated: *11/7/08*

PATRICIA V. TRUMBULL
United States Magistrate Judge