LAW OFFICE OF JOHNSON & JOHNSON
PETER JOHNSON 165523
319 Railroad Ave., Ste. 201
Pittsburg, CA 94565
(925) 432-7447
(925) 473.0512
jjlaw2@earthlink.net

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| TRACY WATS0N, RENEE STALKER, OLIVIA STALKER, SHAFER WATSON, RILEY WATSON,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF SANTA CLARA, et. al.,<br><br>　　　　　Defendants.<br>_____ | Case No. C06-4029 RHW<br><br>ORDER CLARIFYING CASE MANAGEMENT ORDER RE: FILING OF FOURTH AMENDED COMPLAINT<br><br>Hon. Patricia V. Trumbull, Magistrate Judge |

　　　Having considered the stipulation of the Parties, declaration of counsel and good cause appearing:

　　　It is hereby ordered the Case Management Conference Order for the Case Management Conference held on November 7, 2008 shall be modified to read: "Plaintiffs shall have 30 days from the date of the Case Management Conference to file their Fourth Amended Complaint. Plaintiffs shall not be required to file a motion for leave to file the amended complaint. The Defendants shall then raise any objections they may have to the amended complaint by motion, if any."

1 | PURSUANT TO STIPULATION IT IS SO ORDERED

2 | Dated:   1/2/09

*[signature: Patricia V. Trumbull]*
Hon. Patricia V. Trumbull
Magistrate Judge

- 2 -