| | |
|---|---|
| 1 | LAW OFFICE OF JOHNSON & JOHNSON |
| | PETER JOHNSON 165523 |
| 2 | 319 Railroad Ave., Ste. 201 |
| | Pittsburg, CA 94565 |
| 3 | (925) 432-7447 |
| | (925) 473.0512 |
| 4 | jjlaw2@earthlink.net |
| 5 | Attorney for Plaintiffs |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| TRACY WATS0N, RENEE STALKER, OLIVIA STALKER, SHAFER WATSON, RILEY WATSON, | Case No. C06-4029 RMW - HRL |
| Plaintiffs, | ORDER EXTENDING DATE FOR SUMMARY JUDGMENT MOTION AND TIME TO FILE OPPOSITION |
| v. | |
| COUNTY OF SANTA CLARA, COUNTY OF SANTA CLARA DEPARTMENT OF FAMILY AND CHILDREN SERVICES; COUNTY OF SANTA CLARA DEPARTMENT OF COUNTY COUNSEL; COUNTY OF SANTA CLARA DISTRICT ATTORNEYS OFFICE; SANTA CLARA VALLEY MEDICAL CENTER; EVERGREEN SCHOOL DISTRICT; CITY OF SAN JOSE, SAN JOSE POLICE DEPARTMENT; NORMA SPARKS, YAZMINA LETONA; SHARON BURGAN; JEWELS RAMIREZ; VU TRAN; ANN MILLER RAVEL, RIMA SINGH; AARON WEST; GEORGE KENNEDY; CLIFTON BLACK; ROSE REAL; ROBERT PRUITT; CHERYL HARMS; CLAUDIA BLODGETT; GARY KISHIMOTO; JOELLA MOLLOY; JOHN HAMILTON, ANITA NOBLE, JANET KAHLE, MARY RITTER, DAVID KEARNS, RAJUL KAZI;ROB DAVIS; WILLIAM HOYT; CRAIG BLANK; | |
| Defendants. | |

ORDER

Good Cause appearing on the Ex-parte application of Counsel for Plaintiffs herein:

The Court hereby orders:

The date for the summary Judgment motions filed by defendants Rima Singh and Aaron West shall be heard on June 5, 2009;

The date for plaintiffs to file oppositions to the motions shall be as ordinarily required by the local rules of court for on May 22, 2009;

So ordered:

Dated: 4/10/09

*Ronald M. Whyte*
Hon. Ronald M. Whyte
Judge, Federal District Court