| | |
|---|---|
| 1 | ANN MILLER RAVEL, County Counsel (S.B. #62139) |
|   | DAVID M. ROLLO, Deputy County Counsel (S.B. #111998) |
| 2 | MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814) |
|   | GREGORY J. SEBASTINELLI, Deputy County Counsel (S.B. #104884) |
| 3 | OFFICE OF THE COUNTY COUNSEL |
|   | 70 West Hedding, East Wing, 9th Floor |
| 4 | San Jose, California  95110-1770 |
|   | Telephone:  (408) 299-5900        ** E-filed 06/29/2009 ** |
| 5 | Facsimile:  (408) 292-7240 |

Attorneys for Defendants
COUNTY OF SANTA CLARA, NORMA SPARKS, YAZMINA LETONA, SHARON BURGAN, LINDA CASTALDI, JEWELS RAMIREZ, VU TRAN, RIMA SINGH, AARON WEST, JOHN HAMILTON, ANITA NOBLE, JANET KAHLE, MARY RITTER, DAVID KEARNS, and ELISABETH MAILHOT, M.D.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Jose Division)

| | | |
|---|---|---|
| TRACY WATSON et al., | ) | No.   C06-4029 RMW |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER REGARDING** |
| | ) | **DEPOSITIONS OF DAVID WAGGONER** |
| v. | ) | **AND MARGARET COCHRAN** |
| | ) | |
| COUNTY OF SANTA CLARA et al., | ) | |
| | ) | |
| Defendants. | ) | |

The parties in the above-captioned action submit this Stipulation and Order Regarding the Depositions of David Waggoner, M.D., and Margaret Cochran, Ph.D.  County Defendants issued subpoenas to Drs. Waggoner and Cochran for depositions to be taken on July 2, 2009. Due to scheduling conflicts of the witnesses and counsel, the parties agree that the depositions of Drs. Waggoner and Cochran may be rescheduled and taken after the July 15, 2009 non-expert discovery cutoff in this action.  This stipulation is not intended to extend the July 15, 2009 non-expert discovery cutoff for any other purposes, and does not grant the parties permission to take the depositions of any other witnesses beyond the July 15, 2009 non-expert discovery cutoff.

//

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order Regarding Depositions
of Drs. David Waggoner and Margaret Cochran          1                    C06-4029 RMW

1  I hereby attest that I have on file all holograph signatures for any signatures indicated by a
2  "conformed" signature (/S/) within this efiled document.

3                                                              ANN MILLER RAVEL
                                                               County Counsel
4

5  Dated: June 23, 2009                        By:         /S/
                                                       MELISSA R. KINIYALOCTS
6                                                      Deputy County Counsel

7                                                      Attorneys for County Defendants

8

9

10 Dated: June 23, 2009                        By:         /S/
                                                       JACQUELYN K. WILSON
11
                                                       Attorney for Evergreen School District
12                                                     Defendants

13

14

15 Dated: June 23, 2009                        By:         /S/
                                                       SHANNON SMYTH-MENDOZA
16
                                                       Attorney for City of San Jose Defendants
17

18

19
   Dated: June 23, 2009                        By:         /S/
20                                                     PETER JOHNSON

21                                                     Attorney for Plaintiffs

22

23
                                          **ORDER**
24

25     THE FOREGOING STIPULATION IS APPROVED AND IT IS SO ORDERED.

26

27 Dated: June 29, 2009
                                                       HONORABLE HOWARD R. LLOYD
28 190566.wpd                                          United States Magistrate Judge

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order Regarding Depositions
of Drs. David Waggoner and Margaret Cochran         2                          C06-4029 RMW