1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
   DAVID M. ROLLO, Deputy County Counsel (S.B. #111998)
2  MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
   GREGORY J. SEBASTINELLI, Deputy County Counsel (S.B. #104884)
3  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding, East Wing, 9th Floor
4  San Jose, California  95110-1770
   Telephone:  (408) 299-5900
5  Facsimile:  (408) 292-7240

6  Attorneys for Defendants
   COUNTY OF SANTA CLARA, NORMA
7  SPARKS, YAZMINA LETONA, SHARON
   BURGAN, LINDA CASTALDI, JEWELS
8  RAMIREZ, VU TRAN, RIMA SINGH,
   AARON WEST, JOHN HAMILTON,                      *E-FILED - 7/16/09*
9  ANITA NOBLE, JANET KAHLE, MARY
   RITTER, DAVID KEARNS, and
10 ELISABETH MAILHOT, M.D.

11
                    UNITED STATES DISTRICT COURT
12               FOR THE NORTHERN DISTRICT OF CALIFORNIA
                           (San Jose Division)
13

14 TRACY WATSON et al.,              )   No.   C06-4029 RMW
                                     )
15      Plaintiff,                   )   **STIPULATION AND ORDER REGARDING**
                                     )   **HEARING ON MOTIONS FOR SUMMARY**
16 v.                                )   **JUDGMENT BY DEFENDANTS RIMA**
                                     )   **SINGH, AARON WEST, ELISABETH**
17 COUNTY OF SANTA CLARA et al.,     )   **MAILHOT, JOHN HAMILTON, ANITA**
                                     )   **NOBLE, JANET KAHLE, MARY RITTER,**
18      Defendants.                  )   **AND DAVID KEARNS'S**
   _____   )
19

20      The parties in the above-captioned action submit the following stipulation and order

21 regarding the hearing on motions for summary judgment by Defendants Rima Singh, Aaron

22 West, Elisabeth Mailhot, John Hamilton, Anita Noble, Janet Kahle, Mary Ritter and David

23 Kearns.  Specifically, on June 11, 2009, the Court issued a Modified Scheduling Order that set

24 the last date to hear a dispositive motion on August 14, 2009.  County Defendants recently

25 learned that the Court is unavailable on August 14, 2009, and that the next available hearing is

26 on August 21, 2009.  Due to the unavailability of counsel on August 21, 2009, the parties

27 stipulate that County Defendants may set their motion for summary judgment for hearing on

28 **September 11, 2009.**

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order Regarding
Hearing on  County Defendants'
Motion for Summary Judgment            1                    C06-4029 RMW

The parties further agree to the following briefing schedule:

- Defendants Elisabeth Mailhot, John Hamilton, Anita Noble, Janet Kahle, Mary Ritter and David Kearns will file their motions for summary judgment on **July 24, 2009**.
- Plaintiffs will file their oppositions to the motions for summary judgment by Defendants Rima Singh, Aaron West,[1] Elisabeth Mailhot, John Hamilton, Anita Noble, Janet Kahle, Mary Ritter and David Kearns on **August 7, 2009.**
- Defendants Rima Singh, Aaron West, Elisabeth Mailhot, John Hamilton, Anita Noble, Janet Kahle, Mary Ritter and David Kearns will file their reply to the oppositions to the motions for summary judgment on **August 14, 2009.**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Dated: July 2, 2009

ANN MILLER RAVEL
County Counsel

By:       /S/
MELISSA R. KINIYALOCTS
Deputy County Counsel

Attorneys for County Defendants

Dated: July 2, 2009

By:       /S/
JACQUELYN K. WILSON

Attorney for Evergreen School District Defendants

---

[1] Defendants Rima Singh and Aaron West filed their motions for summary judgment on March 24, 2009.

| | | |
|---|---|---|
| 1 | Dated: July 2, 2009 | By: _____/S/_____ |
| 2 | | SHANNON SMYTH-MENDOZA |
| 3 | | Attorney for City of San Jose Defendants |

Dated: July 2, 2009                By: _____/S/_____
                                                    PETER JOHNSON

Attorney for Plaintiffs

## ORDER

THE FOREGOING STIPULATION IS APPROVED AND IT IS SO ORDERED.

Dated: 7/16/09

*Ronald M. Whyte*

HONORABLE RONALD M. WHYTE
United States District Court Judge

193043.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order Regarding
Hearing on County Defendants'
Motion for Summary Judgment         3         C06-4029 RMW