**E-filed on:** 08/07/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRACY WATSON, RENEE STALKER, PAM STALKER as Guardian *Ad Litem* for O.S., S.W, and R.W., minors,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA CLARA, *et al.*,<br><br>Defendants. | No. C-06-04029 RMW<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME<br><br>**[Re Docket No. 212]** |

On August 6, 2009 plaintiffs filed an ex parte motion seeking to extend the deadline for filing their opposition to the pending motions for summary judgment. The opposition is presently due on August 7, 2009, and plaintiffs seek to extend that deadline by three days, to August 10, 2009. The motion sets forth facts constituting good cause for the three-day extension, and given the short delay, prejudice to defendants is likely minimal.

Therefore, plaintiffs shall file their opposition to any motion for summary judgment currently set for hearing on September 11, 2009 by August 10, 2009. Defendants shall file their respective replies by August 17, 2009.

DATED:   08/07/09

_/s/ Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge

ORDER GRANTING AND DENYING MOTIONS TO DISMISS
No. C-06-04029 RMW
TSF

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

Dennis R. Ingols          dingols@rrpassociates.com
Peter J. Johnson          jjlaw2@earthlink.net
Robert Ross Powell        rpowell@rrpassociates.com

**Counsel for Defendants:**

Jacquelyn Kimmet Wilson   jkw@swr-law.com
Clifford S. Greenberg     cao.main@ci.sj.ca.us
Melissa R. Kiniyalocts    melissa.kiniyalocts@cco.co.scl.ca.us
David Michael Rollo       david.rollo@cco.sccgov.org

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   08/07/09                                  JAS
                                              **Chambers of Judge Whyte**