**E-filed on:** 8/11/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRACY WATSON, RENEE STALKER, PAM STALKER as Guardian *Ad Litem* for O.S., S.W, and R.W., minors,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA CLARA, *et al.,*<br><br>Defendants. | No. C-06-04029 RMW<br><br>ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO EXCEED PAGE LIMITS<br><br>**[Re Docket No. 214]** |

Plaintiff's administrative motion for leave to file a 55-page brief in opposition to two motions for summary judgment is granted, albeit reluctantly. Plaintiff is also granted leave to submit a single chambers copy of the brief and supporting papers.

DATED: 8/11/09

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

| | |
|---|---|
| Dennis R. Ingols | dingols@rrpassociates.com |
| Peter J. Johnson | jjlaw2@earthlink.net |
| Robert Ross Powell | rpowell@rrpassociates.com |

**Counsel for Defendants:**

| | |
|---|---|
| Jacquelyn Kimmet Wilson | jkw@swr-law.com |
| Clifford S. Greenberg | cao.main@ci.sj.ca.us |
| Melissa R. Kiniyalocts | melissa.kiniyalocts@cco.co.scl.ca.us |
| David Michael Rollo | david.rollo@cco.sccgov.org |
| Gregory Joseph Sebastinelli | gregory.sebastinelli@cco.co.scl.ca.us |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   8/11/09                              TER
                                                 **Chambers of Judge Whyte**

ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE REQUEST TO EXCEED PAGE LIMITS
No. C-06-04029 RMW
TER                                              2