| | |
|---|---|
| 1 | MIGUEL MÁRQUEZ, Acting County Counsel (S.B. #184621) |
|   | DAVID ROLLO, Deputy County Counsel (S.B. #111998) |
| 2 | MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814) |
|   | GREGORY J. SEBASTINELLI, Deputy County Counsel (S.B. 104884) |
| 3 | OFFICE OF THE COUNTY COUNSEL |
|   | 70 West Hedding, East Wing, 9th Floor |
| 4 | San Jose, California  95110-1770 |
|   | Telephone:  (408) 299-5900 |
| 5 | Facsimile:  (408) 292-7240 |

Attorneys for Defendants                                                     E-Filed 8/11/09
COUNTY OF SANTA CLARA, NORMA
SPARKS, YAZMINA LETONA, SHARON
BURGAN, LINDA CASTALDI, JEWELS
RAMIREZ, VU TRAN, RIMA SINGH,
AARON WEST, JOHN HAMILTON, ANITA
NOBLE, JANET KAHLE, MARY RITTER,
DAVID KEARNS, and ELISABETH
MAILHOT, M.D.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Jose Division)

| | | |
|---|---|---|
| TRACY WATSON et al., | ) | No.   C06-4029 RMW |
| | ) | |
| Plaintiffs, | ) | ~~STIPULATION AND~~ ORDER REGARDING |
| | ) | HEARING ON MOTION FOR SUMMARY |
| v. | ) | JUDGMENT BY DEFENDANT AARON |
| | ) | WEST |
| COUNTY OF SANTA CLARA et al., | ) | |
| | ) | |
| Defendants. | ) | |

The parties in the above-captioned action submit the following stipulation and order regarding the hearing on the motion for summary judgment by Defendant Aaron West. The hearing on Defendant West's motion is presently set for September 11, 2009, and the Court previously ordered Plaintiffs to file their opposition to the motion on August 7, 2009. Due to the Defendant and counsel's unavailability to complete Ms. West's deposition prior to August 7, 2009, the parties agree that the hearing on her motion for summary judgment shall be moved to **October 16, 2009**, which is the same date that the motions for summary judgment by the Evergreen School District and City of San Jose Defendants will be heard. The parties' briefs

//

MIGUEL MÁRQUEZ
Acting County Counsel
County of Santa Clara
San Jose, California

~~XXXXXXXX~~ ~~Stipulation and~~ Order Regarding Hearing
on Motion for Summary Judgment by
Defendant Aaron West                              1                              C06-4029 RMW

1  shall be filed pursuant to the Civil Local Rules based upon the October 16, 2009 hearing date.

2  I hereby attest that I have on file all holograph signatures for any signatures indicated by a

3  "conformed" signature (/S/) within this efiled document.

Respectfully submitted,

MIGUEL MÁRQUEZ
Acting County Counsel

Dated: July 30, 2009        By:        /S/
                                  MELISSA R. KINIYALOCTS
                                  Deputy County Counsel

                                  Attorneys for County Defendants


Dated: July 30, 2009        By:        /S/
                                  JACQUELYN K. WILSON

                                  Attorney for Evergreen School District
                                  Defendants


Dated: July 30, 2009        By:        /S/
                                  SHANNON SMYTH-MENDOZA

                                  Attorney for City of San Jose Defendants


Dated: July 30, 2009        By:        /S/
                                  PETER JOHNSON

                                  Attorney for Plaintiffs


**ORDER**

THE FOREGOING STIPULATION IS APPROVED AND IT IS SO ORDERED.

Dated: 8/11/09

*Ronald M. Whyte*
HONORABLE RONALD M. WHYTE
United States District Court Judge

MIGUEL MÁRQUEZ
Acting County Counsel
County of Santa Clara
San Jose, California

~~Stipulation and~~ Order Regarding Hearing
on Motion for Summary Judgment by
Defendant Aaron West

2

C06-4029 RMW