MIGUEL MÁRQUEZ, Acting County Counsel (S.B. #184621)
DAVID ROLLO, Deputy County Counsel (S.B. #111998)
MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
GREGORY J. SEBASTINELLI, Deputy County Counsel (S.B. 104884)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California  95110-1770
Telephone:  (408) 299-5900
Facsimile:  (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA, NORMA SPARKS, YAZMINA LETONA, SHARON BURGAN, LINDA CASTALDI, JEWELS RAMIREZ, VU TRAN, RIMA SINGH, AARON WEST, JOHN HAMILTON, ANITA NOBLE, JANET KAHLE, MARY RITTER, DAVID KEARNS, and ELISABETH MAILHOT, M.D.

*E-FILED - 8/11/09*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Jose Division)

| | |
|---|---|
| TRACY WATSON et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA CLARA et al.,<br><br>  Defendants. | No.   C06-4029 RMW<br><br>**STIPULATION AND ORDER REGARDING HEARING ON MOTION FOR SUMMARY JUDGMENT BY DEFENDANT AARON WEST** |

The parties in the above-captioned action submit the following stipulation and order regarding the hearing on the motion for summary judgment by Defendant Aaron West.  The hearing on Defendant West's motion is presently set for September 11, 2009, and the Court previously ordered Plaintiffs to file their opposition to the motion on August 7, 2009.  Due to the Defendant and counsel's unavailability to complete Ms. West's deposition prior to August 7, 2009, the parties agree that the hearing on her motion for summary judgment shall be moved to **October 30, 2009**, which is the same date that the motions for summary judgment by the Evergreen School District and City of San Jose Defendants will be heard.  The parties' briefs

/ /

MIGUEL MÁRQUEZ
Acting County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order Regarding Hearing
on Motion for Summary Judgment by
Defendant Aaron West                     1                    C06-4029 RMW

1  shall be filed pursuant to the Civil Local Rules based upon the October 30, 2009 hearing date.

2      I hereby attest that I have on file all holograph signatures for any signatures indicated by a
3  "conformed" signature (/S/) within this efiled document.

4                                      Respectfully submitted,

5                                      MIGUEL MÁRQUEZ
                                     Acting County Counsel

7  Dated: July 30, 2009            By:        /S/
                                     MELISSA R. KINIYALOCTS
8                                      Deputy County Counsel

9                                    Attorneys for County Defendants

11 Dated: July 30, 2009            By:        /S/
                                     JACQUELYN K. WILSON

13                                   Attorney for Evergreen School District Defendants

15 Dated: July 30, 2009            By:        /S/
                                     SHANNON SMYTH-MENDOZA

17                                   Attorney for City of San Jose Defendants

19 Dated: July 30, 2009            By:        /S/
                                     PETER JOHNSON

                                     Attorney for Plaintiffs

**ORDER**

THE FOREGOING STIPULATION IS APPROVED AND IT IS SO ORDERED.

Dated: 8/11/09

*/s/ Ronald M. Whyte*
HONORABLE RONALD M. WHYTE
United States District Court Judge