```
 1  JACQUELYN K. WILSON  (Bar No. 112206)
    SAMUELSON, WILSON & ROE
 2  210 North Fourth Street, Suite 201
    San Jose, CA 95112
 3  Telephone: (408) 790-5325
    Fax: (408) 997-7921; E-mail jkw@swr-law.com
 4  Attorneys for Defendants                         *E-FILED - 8/28/09*
    ROSE REAL, ROBERT PRUITT, CHERYL HARMS
```

JACQUELYN K. WILSON  (Bar No. 112206)
SAMUELSON, WILSON & ROE
210 North Fourth Street, Suite 201
San Jose, CA 95112
Telephone: (408) 790-5325
Fax: (408) 997-7921; E-mail jkw@swr-law.com
Attorneys for Defendants
ROSE REAL, ROBERT PRUITT, CHERYL HARMS

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| TRACY WATS0N, RENEE STALKER, OLIVIA STALKER, SHAFER WATSON, RILEY WATSON,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SANTA CLARA, COUNTY OF SANTA CLARA DEPARTMENT OF FAMILY AND CHILDREN SERVICES; COUNTY OF SANTA CLARA DEPARTMENT OF COUNTY COUNSEL; COUNTY OF SANTA CLARA DISTRICT ATTORNEYS OFFICE; SANTA CLARA VALLEY MEDICAL CENTER; EVERGREEN SCHOOL DISTRICT; CITY OF SAN JOSE, SAN JOSE POLICE DEPARTMENT; NORMA SPARKS, YAZMINA LETONA; SHARON BURGAN; JEWELS RAMIREZ; VU TRAN; ANN MILLER RAVEL, RIMA SINGH; AARON WEST; GEORGE KENNEDY; CLIFTON BLACK; ROSE REAL; ROBERT PRUITT; CHERYL HARMS; CLAUDIA BLODGETT; GARY KISHIMOTO; JOELLA MOLLOY; JOHN HAMILTON, ANITA NOBLE, JANET KAHLE, MARY RITTER, DAVID KEARNS, RAJUL KAZI; ROB DAVIS; WILLIAM HOYT; CRAIG BLANK,<br><br>Defendants. | Case No. C06-4029RMW<br><br>**STIPULATION AND ORDER RE HEARING ON MOTIONS BY THE EVERGREEN DEFENDANTS, AARON WEST AND CITY OF SAN JOSE DEFENDANTS** |

The parties in the above-captioned action submit the following stipulation and order

-1-

STIPULATION OF PARTIES AND ORDER REGARDING HEARINGS ON MOTIONS

1  regarding the hearing on motions for summary judgment by the EVERGREEN Defendants
2  [ROSE REAL, CHERYL HARMS, ROBERT PRUITT], Defendant AARON WEST and the
3  CITY OF SAN JOSE Defendants.
4      Specifically, on June 11, 2009, the Court issued a Modified Scheduling Order that set
5  the date to hear the dispositive motions by the EVERGREEN Defendants and the CITY OF
6  SAN JOSE Defendants on October 16, 2009.  The motion of AARON WEST was previously
7  continued to be heard this same day.  Counsel has recently learned that Judge Whyte is
8  unavailable on October 16, 2009.  Due to the trial schedule of Plaintiffs' counsel, and the
9  briefing schedule of the motions, all counsel have agreed to a new hearing date.  Thus, the
10 parties stipulate that the EVERGREEN Defendants [ROSE REAL, CHERYL HARMS,
11 ROBERT PRUITT], Defendant AARON WEST and the CITY OF SAN JOSE Defendants
12 may set their motions for summary judgment for hearing on **December 4, 2009.**  Briefing on
13 the motions shall be filed as mandated under local rules based upon the December 4, 2009
14 hearing date, as follows: moving papers shall be filed by October 30, 2009 [AARON
15 WEST's Motion is already filed], oppositions shall be filed by November 13, 2009 and reply
16 briefs shall be filed by November 20, 2009.
17     All counsel have provided Jacquelyn Wilson authority to file the stipulation with their
18 electronic signature at the time of this filing.

19 Dated: August 26, 2009                           /s/ Peter Johnson
                                                       Peter Johnson
20                                                        Attorney for Plaintiffs

21 Dated: August 26, 2009                           /s/ Clifford Greenberg
                                                       Clifford Greenberg
22                                                        Attorney for City of San Jose Defendants

23 Dated: August 26, 2009                           /s/ Melissa Kiniyalocts
                                                       Melissa Kiniyalocts
24                                                        Attorney for County of Santa Clara
                                                       Defendants
25

26 Dated: August 26, 2009                           /s/ Jacquelyn Wilson
                                                       Jacquelyn Wilson
27                                                        Attorney for Evergreen School District
                                                       Defendants

28

SAMUELSON, WILSON & ROE
An Association of
Attorneys Including A
Professional Corporation
Samuelson & Roe, APC

-2-

STIPULATION OF PARTIES AND ORDER REGARDING HEARINGS ON MOTIONS

**ORDER**

The foregoing stipulation is approved and it is So Ordered,

Dated: ___8/28/09___   _____
Hon. Ronald M. Whyte
Judge of the United States District Court