**E-filed on:** 9/8/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRACY WATSON, RENEE STALKER, PAM STALKER as Guardian *Ad Litem* for O.S., S.W, and R.W., minors,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA CLARA, *et al.,*<br><br>Defendants. | No. C-06-04029 RMW<br><br>ORDER CONTINUING HEARING ON MOTIONS FOR SUMMARY JUDGMENT<br><br>**[Re Docket Nos. 174, 177,  207, 209, 230, 233, and 236]** |

The hearings on the motions for summary judgment by defendant Singh (Docket 174), defendants Hamilton, Kahle, Kearns, Mailhot, and Noble (Docket 207), defendants Kearns and Ritter (Docket 209), defendants Ramirez and Tran (Docket 230), defendants Letona, Burgan, Castaldi and Sparks (Docket 233), and defendant County of Santa Clara (Docket 236) are hereby continued to Friday, December 4, 2009 at 2:00 p.m.  The hearing on defendant West's motion for summary judgment (Docket 177) is also continued to from 9:00 a.m. to 2:00 p.m. on December 4, 2009.  The anticipated motions for summary judgment to be filed by the Evergreen defendants (Real, Harms and Pruitt) and the City of San Jose defendants, if filed, shall be noticed for hearing on Friday, December 4, 2009 at 2:00 p.m.

DATED:    9/8/09

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER CONTINUING HEARINGS
No. C-06-04029 RMW
TER

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

| | |
|---|---|
| Dennis R. Ingols | dingols@rrpassociates.com |
| Peter J. Johnson | jjlaw2@earthlink.net |
| Robert Ross Powell | rpowell@rrpassociates.com |

**Counsel for Defendants:**

| | |
|---|---|
| Jacquelyn Kimmet Wilson | jkw@swr-law.com |
| Clifford S. Greenberg | cao.main@ci.sj.ca.us |
| Melissa R. Kiniyalocts | melissa.kiniyalocts@cco.co.scl.ca.us |
| David Michael Rollo | david.rollo@cco.sccgov.org |
| Gregory Joseph Sebastinelli | gregory.sebastinelli@cco.co.scl.ca.us |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 9/8/09

TER
**Chambers of Judge Whyte**

ORDER CONTINUING HEARINGS
No. C-06-04029 RMW
TER                                                                 2