ANN MILLER RAVEL, County Counsel (S.B. #62139)
DAVID M. ROLLO, Deputy County Counsel (S.B. #111998)
MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA, NORMA
SPARKS, YAZMINA LETONA, SHARON
BURGAN, JEWELS RAMIREZ, VU TRAN,
ANN MILLER RAVEL, RIMA SINGH,
AARON WEST, GEORGE KENNEDY,
JOHN HAMILTON, ANITA NOBLE,
JANET KAHLE, MARY RITTER, DAVID
KEARNS, and RAJUI KAZI

*E-FILED - 9/29/09*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY WATSON et al., | No. C06-4029 RMW |
| Plaintiffs, | **[] ORDER GRANTING DEFENDANTS' EX PARTE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| COUNTY OF SANTA CLARA et al., | |
| Defendants. | |

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT the request by Defendants County of Santa Clara, Norma Sparks, Yazmina Letona, Sharon Burgan, Jewels Ramirez, Vu Tran, Ann Miller Ravel, Rima Singh, Aaron West, George Kennedy, John Hamilton, Anita Noble, Janet Kahle, Mary Ritter, David Kearns, and Rajui Kazi ("County Defendants") to file documents under seal is GRANTED. Exhibit A to the Affidavit of Melissa Kiniyalocts in Support of County Defendants' Ex Parte Motion to Vacate Trial Date and

/ /

/ /

/ /

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

[ Order Granting Ex Parte
Motion to File Documents Under Seal    1    C06-4029 RMW

Related Deadlines and Request for Further Case Management Conferences, shall be filed under seal.

IT IS SO ORDERED.

Date: 9/29/09

*Ronald M. Whyte*
HONORABLE RONALD M. WHYTE

143241.wpd