RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
CLIFFORD GREENBERG, Senior Deputy City Attorney (#122612)
SHANNON SMYTH-MENDOZA, Senior Deputy City Attorney (#188509)
Office of the City Attorney
200 East Santa Clara Street
San Jose, California 95113
Telephone: (408) 535-1900
Facsimile: (408) 998-3131
Email: cao.main@sanjoseca.gov

Attorneys for Defendants CITY OF SAN JOSÉ,
WILLIAM HOYT, and CRAIG BLANK

*E-FILED - 11/16/09*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE FACILITY

| | |
|---|---|
| TRACY WATSON, RENEE STALKER, OLIVIA STALKER, SHAFER WATSON, RILEY WATSON,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA CLARA, et al.;<br><br>Defendants. | NO.: C06-4029 RMW<br><br>**STIPULATION AND []<br>ORDER TO EXTEND TIME BY ONE COURT DAY FOR FILING OPPOSITION TO DEFENDANT CITY OF SAN JOSE'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT, AND CITY DEFENDANTS' REPLY BRIEF**<br><br>Date: December 4, 2009<br>Time: 2:00 p.m.<br>Crtrm: 6<br>Judge: Hon. Ronald M. Whyte |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by the parties, through their attorneys of record, that plaintiffs TRACY WATSON, RENEE STALKER, OLIVIA STALKER, SHAFER WATSON, RILEY WATSON shall have until Monday, November 16, 2009 (a one-court day extension from the current due date of November 13, 2009 as set forth in the Stipulation of Parties and Order Regarding Hearings on Motion filed herein on August 26, 2009, Document 250) to file their Opposition to Defendant CITY OF SAN JOSE, WILLIAM HOYT, and CRAIG

BLANK (City Defendants) Motion For Summary Judgment or, in the alternative, Partial Summary Judgment, and that the City Defendants shall have until Monday, November 23, 2009 (a one-court day extension from the November 20, 2009 due date) to file their reply brief.

All counsel have provided Shannon Smyth-Mendoza authority to file the stipulation with their electronic signature at the time of this filing.

**IT IS SO STIPULATED.**

Dated: November 4, 2009      /s/ Peter Johnson
                             Peter Johnson
                             Attorney for Plaintiff

Dated: November 5, 2009      /s/ Shannon Smyth-Mendoza
                             Shannon Smyth-Mendoza
                             Attorney for City of San Jose
                             Defendants

Dated: November 5, 2009      /s/ Melissa Kiniyalocts
                             Melissa Kiniyalocts
                             Attorney for County of Santa Clara
                             Defendants

Dated: November 5, 2009      /s/ Jacquelyn Wilson
                             Jacquelyn Wilson
                             Attorney for Evergreen School District
                             Defendants

DATED: November 5, 2009      RICHARD DOYLE, City Attorney

                             By: /s/ Shannon Smyth-Mendoza
                                 SHANNON SMYTH-MENDOZA
                                 Senior Deputy City Attorney

                             Attorneys for Defendants CITY OF SAN
                             JOSÉ, WILLIAM HOYT, and CRAIG BLANK

**ORDER**

The foregoing stipulation is approved and it is So Ordered,

Dated: 11/16/09

_Ronald M. Whyte_
Hon. Ronald M. Whyte
Judge of the United States District Court