MIGUEL MÁRQUEZ, Acting County Counsel (S.B. #184621)
MELISSA R. KINIYALOCTS, Lead Deputy County Counsel (S.B. #215814)
DAVID ROLLO, Deputy County Counsel (S.B. #111998)
GREGORY J. SEBASTINELLI, Deputy County Counsel (S.B. #104884)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA, NORMA SPARKS, YAZMINA LETONA, SHARON BURGAN, LINDA CASTALDI, JEWELS RAMIREZ, VU TRAN, RIMA SINGH, AARON WEST, JOHN HAMILTON, ANITA NOBLE, JANET KAHLE, MARY RITTER, DAVID KEARNS, and ELISABETH MAILHOT, M.D.

*E-FILED - 2/2/10*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Jose Division)

| | |
|---|---|
| TRACY WATSON et al., | No. C06-4029 RMW |
| Plaintiffs, | **STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER; DECLARATION OF MELISSA KINIYALOCTS IN SUPPORT THEROF** |
| v. | |
| COUNTY OF SANTA CLARA et al., | |
| Defendants. | |

The parties in the above-captioned action submit the following stipulation and order to modify the current scheduling order as follows:

| | **Current Scheduling Order** | **Proposed New Date** |
|---|---|---|
| Expert Disclosure | February 8, 2010 | May 10, 2010 |
| Disclosure of rebuttal experts | March 1, 2010 | June 7, 2010 |
| Close of Expert discovery | March 26, 2010 | July 2, 2010 |
| Pretrial Conference | April 22, 2010 | August 5, 2010 |
| Trial | May 10, 2010 | August 23, 2010 |

MIGUEL MÁRQUEZ
Acting County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order to Modify
Scheduling Order; Decl. of Melissa Kiniyalocts     1     C06-4029 RMW

This Stipulation and Proposed Order is accompanied by the Declaration of Melissa Kiniyalocts attached hereto.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

IT IS SO STIPULATED.

Dated: January 8, 2010     By:     /S/
JACQUELYN K. WILSON

Attorney for Evergreen School District Defendants

Dated: January 8, 2010     By:     /S/
SHANNON SMYTH-MENDOZA

Attorney for City of San Jose Defendants

Dated: January 8, 2010     By:     /S/
PETER JOHNSON

Attorney for Plaintiffs

MIGUEL MÁRQUEZ
Acting County Counsel

Dated: January 8, 2010     By:     /S/
MELISSA R. KINIYALOCTS
Lead Deputy County Counsel

Attorneys for County Defendants

**DECLARATION OF MELISSA KINIYALOCTS IN SUPPORT OF STIPULATION AND PROPOSED ORDER TO MODIFY SCHEDULING ORDER**

I, Melissa Kiniyalocts, declare as follows:

1. I am employed as a Lead Deputy County Counsel for the County of Santa Clara and am duly licensed to practice law before this Court and all California courts. I am one of the

MIGUEL MÁRQUEZ
Acting County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order to Modify
Scheduling Order; Decl. of Melissa Kiniyalocts    2    C06-4029 RMW

attorneys of record for the County of Santa Clara Defendants.

2. This request for an order to modify the scheduling order is made jointly pursuant to stipulation. Counsel for all parties have met and conferred regarding the proposed expert discovery dates and trial date.

3. On December 4, 2009, Defendants' nine motions for summary judgment were heard. The motions, which were filed by the County of Santa Clara, Evergreen School District, and City of San Jose Defendants, remain under submission.

4. My co-counsel, Deputy County Counsel David Rollo, is scheduled to have surgery on February 18, 2010. He anticipates being off work following the procedure for the remainder of February and most likely the first two to three weeks in March. Thus, Mr. Rollo will not be in a position to assist with expert discovery in February and March 2010.

5. The parties agree that expert discovery and trial preparation could be substantially impacted by the rulings on the pending motions for summary judgment. Defendants are public entities and their employees. As such, prior to incurring substantial costs and fees associated with expert discovery and trial preparation, the parties agree to postpone the expert discovery deadlines and trial date to allow additional time for rulings on the pending motions.

6. Further, I have been informed by counsel for the Evergreen School District Defendants that these defendants are off work during the summer months. As such, the proposed August 23, 2010 trial date would accommodate their summer vacation schedules.

7. The parties have previously requested modifications to the scheduling order on January 14, 2008, May 2, 2008, September 8, 2008, and January 15, 2009. Additionally, on June 11, 2009 the Court entered a Modified Scheduling Order after a Further Case Management Conference.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 8th day of January, 2010 at San Jose, California.

/S/
MELISSA KINIYALOCTS

MIGUEL MÁRQUEZ
Acting County Counsel
County of Santa Clara
San Jose, California

Stipulation and ===== Order to Modify
Scheduling Order; Decl. of Melissa Kiniyalocts    3    C06-4029 RMW

# ORDER

The Court has considered the stipulation to modify the scheduling order and makes the following order pursuant to the stipulation:

| | |
|---|---|
| Expert Disclosure | May 10, 2010 |
| Disclosure of rebuttal experts | June 7, 2010 |
| Close of Expert discovery | July 2, 2010 |
| Pretrial Conference | August 5, 2010, 2:00 p.m. |
| Trial | August 23, 2010, 1:00 p.m. |

IT IS SO ORDERED.

Dated: 2/2/10

_____
HONORABLE RONALD M. WHYTE
United States District Court Judge

236432.wpd

MIGUEL MÁRQUEZ
Acting County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order to Modify
Scheduling Order; Decl. of Melissa Kiniyalocts    4    C06-4029 RMW