**PETER JOHNSON CSB#165523**
**LAW OFFICE OF JOHNSON & JOHNSON**
319 Railroad Ave., Ste. 201
Pittsburg, California 94565
T: (925) 432-7447 F: (925) 473.0512
E: jjlaw2@earthlink.net

**ROBERT R. POWELL, ESQ.  CSB#159747**
**LAW OFFICES OF ROBERT R. POWELL**
925 West Hedding Street
San Jose, California  95126
T: 408-553-0200 F: 408-553-0203
E: rpowell@rrpassociates.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| TRACY WATS0N, et al., <br><br> Plaintiffs, <br> v. <br><br> COUNTY OF SANTA CLARA,  et al., <br><br> Defendants. | Case No.  C 06-4029 RMW <br><br> [PROPOSED] ORDER GRANTING PLAINTIFFS' EX-PARTE MOTION TO FILE DOCUMENTS UNDER SEAL <br><br> Re: Docket 265 |

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT the request by

Plaintiffs Tracy Watson, Renee Stalker, and the minor children O.S., S.W. and R.W. to file

documents under seal is GRANTED, including,

-Exhibits 6 through 8 to the Declaration of Robert R. Powell In Support Of Plaintiffs'

Opposition To The Motions For Summary Judgment Of Defendants Letona, Burgan, Castaldi

& Sparks ("Decl. RRP"), and,

-Exhibits 1 and 2 to the Deposition Excerpts of Shana Allen (Ex. 1 to Decl. RRP), and,

1  -Exhibits 2 and 3 to the Deposition Excerpts of Linda Baum (Ex. 2 to Decl. RRP), and,

2  -Exhibits 1 through 3 to the Deposition Excerpts of Linda Castaldi (Ex. 4 to Decl. RRP, and,

3  -Exhibits 1 and 2 to the Deposition Excerpts of Sharon Burgan (Ex. 5 to Decl. RRP).

All said Exhibits are ordered filed under seal

**IT IS SO ORDERED.**

Dated:   4/2/10

*Ronald M. Whyte*
JUDGE RONALD M. WHYTE
United States District Court Judge