**PETER JOHNSON CSB#165523**
**LAW OFFICE OF JOHNSON & JOHNSON**
319 Railroad Ave., Ste. 201
Pittsburg, California 94565
T: (925) 432-7447 F: (925) 473.0512
E: jjlaw2@earthlink.net

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| TRACY WATSON, RENEE STALKER, PAM STALKER as Guardian Ad Litem for O.S., S.W., and R.W., minors,<br><br>Plaintiffs,<br>v.<br><br>COUNTY OF SANTA CLARA, et al,<br><br>Defendants. | Case No. C06-4029 RMW<br><br>**ORDER GRANTING PLAINTIFFS' EX PARTE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Re: Docket 323 |

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT the request by Plaintiffs Tracy Watson, Renee Stalker, Pam, Stalker, et. al., to file documents under seal is GRANTED. Exhibits 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11 and 19 in support of Plaintiffs Opposition to Defendant Susan Aaron West's Motion for Summary Judgment is ordered filed under seal.

Dated: 4/2/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Court Judge