**PETER JOHNSON CSB#165523**
**LAW OFFICE OF JOHNSON & JOHNSON**
319 Railroad Ave., Ste. 201
Pittsburg, California 94565
T: (925) 432-7447 F: (925) 473.0512
E: jjlaw2@earthlink.net

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| TRACY WATSON, RENEE STALKER, PAM STALKER as Guardian Ad Litem for O.S., S.W., and R.W., minors,<br><br>                                  Plaintiffs,<br>v.<br><br>COUNTY OF SANTA CLARA, et al,<br><br><br>                                  Defendants. | **Case No. C06-4029 RMW**<br><br>**ORDER GRANTING PLAINTIFFS' EX PARTE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Re: Docket 325 |

   FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT the request by Plaintiffs Tracy Watson, Renee Stalker, Pam, Stalker, et. al., to file documents under seal is GRANTED. Exhibits 1 in support of Plaintiffs Opposition to Defendants Rose Real, Cheryl Harms and Robert Pruitt's Motion for Summary Judgment is ordered filed under seal.

Dated:   4/2/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Court Judge

Order Granting Plaintiffs Ex Parte Motion to File Documents Under Seal
Watson  et. al., v. County of Santa Clara, et. al.
C06-4029 RMW