**PETER JOHNSON CSB#165523**
**LAW OFFICE OF JOHNSON & JOHNSON**
319 Railroad Ave., Ste. 201
Pittsburg, California 94565
T: (925) 432-7447 F: (925) 473.0512
E: jjlaw2@earthlink.net

**ROBERT R. POWELL, ESQ.  CSB#159747**
**LAW OFFICES OF ROBERT R. POWELL**
925 West Hedding Street
San Jose, California  95126
T: 408-553-0200 F: 408-553-0203
E: rpowell@rrpassociates.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

TRACY WATS0N, et al.,

                Plaintiffs,

v.

COUNTY OF SANTA CLARA,  et al.,

                Defendants.

Case No.  C 06-4029 RMW

ORDER GRANTING PLAINTIFFS' EX-PARTE MOTION TO FILE DOCUMENTS UNDER SEAL

Re: Docket 331

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT the request by Plaintiffs to file documents under seal is GRANTED.  All Exhibits to the Declaration of Robert R. Powell in Support of Plaintiffs' Opposition to the Motion for Summary Judgment of City of San Jose, Hoyt, and Blank shall be filed under seal.

IT IS SO ORDERD.

Date: ~~November ___, 2009~~  4/2/10

*Ronald M. Whyte*
Hon. Ronald Whyte
U.S. District Court Judge

Order Granting Ex-Parte Motion to File Documents Under Seal
Watson-Stalker v. Santa Clara County
Case No. C06-4029 RMW

1