**E-filed on:** 4/2/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRACY WATSON, RENEE STALKER, PAM STALKER as Guardian *Ad Litem* for O.S., S.W, and R.W., minors,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF SANTA CLARA, *et al.,*<br><br>    Defendants. | No. C-06-04029 RMW<br><br>ORDER GRANTING EX PARTE APPLICATIONS TO FILE DOCUMENTS UNDER SEAL<br><br>**[Re Docket Nos. 304, 336]** |

For good cause appearing, defendants Harms, Pruitt and Real's ex parte applications to file documents under seal (Docket No. 304 and 336) are granted.

DATED:  4/2/2010

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER GRANTING EX PARTE APPLICATIONS TO FILE DOCUMENTS UNDER SEAL
No. C-06-04029 RMW
TER

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

Dennis R. Ingols          dingols@rrpassociates.com
Peter J. Johnson          jjlaw2@earthlink.net
Robert Ross Powell        rpowell@rrpassociates.com

**Counsel for Defendants:**

Jacquelyn Kimmet Wilson      jkw@swr-law.com
Clifford S. Greenberg        cao.main@ci.sj.ca.us
Melissa R. Kiniyalocts       melissa.kiniyalocts@cco.co.scl.ca.us
David Michael Rollo          david.rollo@cco.sccgov.org
Gregory Joseph Sebastinelli  gregory.sebastinelli@cco.co.scl.ca.us
Shannon Smyth-Mendoza        shannon.smyth-mendoza@sanjsoeca.gov

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     4/2/10                              TER
                                          **Chambers of Judge Whyte**