**E-filed on:** 6/30/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRACY WATSON, et al., | No. C-06-04029 RMW |
| Plaintiffs, | ORDER GRANTING PLAINTIFFS' APPLICATION FOR ORDER SHORTENING TIME |
| v. | |
| COUNTY OF SANTA CLARA, *et al.,* | **[Re Docket No. 367]** |
| Defendants. | |

On June 22, 2010, plaintiffs filed an ex parte application for an order to shorten time for hearing a motion to dismiss defendant Singh. Plaintiffs seek to have the motion heard in conjunction with defendant Singh's motion for entry of judgment on July 23, 2010. Plaintiffs' counsel has represented to the court that defendant's counsel does not object. Accordingly, plaintiffs' application is granted. Plaintiffs' motion to dismiss defendant Singh [Docket 366] will be heard on July 23, 2010 at 9:00 a.m. Defendant's opposition, if any, shall be filed and served no later than July 2, 2010; plaintiffs' reply papers, if any, shall be filed and served on or before July 9, 2010.

DATED:   6/30/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER GRANTING PLAINTFFS' APPLICATION TO SHORTEN TIME - No. C-06-04029 RMW
TER