**E-filed on:** 7/26/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRACY WATSON, et al., | No. C-06-04029 RMW |
| Plaintiffs, | JUDGMENT |
| v. | |
| COUNTY OF SANTA CLARA, *et al.,* | |
| Defendants. | |

As a result of the court's orders dated January 3, 2007, August 27, 2007, March 26, 2009 and May 20, 2010, all claims against defendants Rima Singh, Clifton Black, Rose Real, Robert Pruitt, Cheryl Harms, Claudia Blodgett, Gary Kishimoto, Joella Molloy and Evergreen Elementary School District have been fully adjudicated and any liability of said defendants has been extinguished. Pursuant to the court's July 26, 2010 orders, the court has found that there is no just reason for delay in the entry of final judgment in favor of these defendants.

Therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiffs take nothing by way of their complaint and that judgment be entered in favor of defendants Rima Singh, Clifton Black, Rose Real, Robert Pruitt, Cheryl Harms, Claudia Blodgett, Gary Kishimoto, Joella Molloy and Evergreen Elementary School District.

DATED: 7/26/10

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

JUDGMENT- No. C-06-04029 RMW
TER