**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRACY WATSON, RENEE STALKER, PAM STALKER as Guardian Ad Litem for O.S., S.W., and R.W., minors,,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SANTA CLARA, CITY OF SANJOSE, et. al.,<br><br>Defendants.<br>_____/ | Case No.  C06-4029 RMW<br><br>ORDER GRANTING APPLICATION FOR APPROVAL OF MINORS' COMPROMISE |

Having found good cause for approval of the Application for Minor's Compromise, the Application of PAM STALKER as Guardian ad litems for O.S., S.W., and R.W., minors, is APPROVED.

**IT IS SO ORDERED.**

Dated:                                            By: *Ronald M. Whyte*
                                                         RONALD M. WHYTE
                                                         United States Judge

Order Granting Application for Approval
Of Minors' Compromise
Watson-Stalker v. Santa Clara County
Case No. C06-4029 RMW