ROBERT R. POWELL, ESQ.   CSB#159747
DENNIS R. INGOLS, ESQ.    CSB#236458
LAW OFFICES OF ROBERT R. POWELL
925 West Hedding Street
San José, California  95126
T: 408-553-0200 F: 408-553-0203
rpowell@rrpassociates.com

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY WATSON, RENEE STALKER, PAM STALKER as Guardian Ad Litem for O.S., S.W., and R.W., minors,, | Case No.  C06-4029 RMW |
| Plaintiffs, | STIPULATION AND ORDER FOR DISMISSAL |
| vs. | |
| COUNTY OF SANTA CLARA, CITY OF SANJOSE, et. al., | |
| Defendants. _____/ | |

**IT IS HEREBY STIPULATED** by the parties hereto that the Fourth Amended Complaint, including all claims and affirmative defenses, are hereby dismissed by Plaintiffs against the following Defendants with prejudice: CLIFTON BLACK, ROSE REAL, ROBERT PRUITT, CHERYL HARMS, CLAUDIA BLODGETT, GARY KISHIMOTO, JOELLA MOLLOY and EVERGREEN ELEMENTARY SCHOOL DISTRICT [Hereinafter EESD Defendants].

EESD Defendants, for whom Judgment was entered on 7/26/2010, agree to bear their own attorneys fees and costs.

1  The parties request that the court retain jurisdiction until the entrance of an Order
2  approving a petition for compromise filed concurrently herewith.

Dated:  11/30/10                              _/s/ Robert R. Powell_____
                                              Robert R. Powell
                                              Attorney for Plaintiffs


Dated:  11/30/10                              _/s/ Jacquelyn K. Wilson____
                                              Jacquelyn K. Wilson
                                              Attorney for EESD Defendants

**IT IS SO ORDERED:**

Dated:  12/15/2010            By  *Ronald M. Whyte*
                                  Ronald M. Whyte
                                  United States Judge

Stipulation and Order for Dismissal
Watson-Stalker v. Santa Clara County            3
Case No. C06-4029 RMW