ROBERT R. POWELL, ESQ.   CSB#159747
DENNIS R. INGOLS, ESQ.    CSB#236458
LAW OFFICES OF ROBERT R. POWELL
925 West Hedding Street
San José, California  95126
T: 408-553-0200 F: 408-553-0203
rpowell@rrpassociates.com

*E-FILED - 2/7/11*

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY WATSON, RENEE STALKER, PAM STALKER as Guardian Ad Litem for O.S., S.W., and R.W., minors,, | Case No.  C06-4029 RMW |
| Plaintiffs, | STIPULATION FOR DISMISSAL AND ORDER |
| vs. | |
| COUNTY OF SANTA CLARA, CITY OF SANJOSE, et. al., | |
| Defendants. _____/ | |

**IT IS HEREBY STIPULATED** between Plaintiffs Tracy Watson and Renee Stalker, and Pam Stalker, as guardian ad litem for O.S., S.W., and R.W.and the County of Santa Clara, as well as all individually named defendants employed by the County of Santa Clara at or during the time of the allegations contained in the Fourth Amended Complaint in this action (specifically including, but not limited to, defendant-employees Norma Sparks, Linda Baum, Sharon Burgan, Jewels Ramirez, Yazmina Letona, Linda Castaldi, Vu Tran, Rima Singh, Aaron West, John Hamilton, Anita Noble, Janet Kahle, Mary Ritter, and David Kearns), that the Fourth Amended Complaint, including all claims and affirmative defenses, are hereby dismissed by Plaintiffs with prejudice.

Stipulation for Dismissal
Watson-Stalker v. Santa Clara County
Case No. C06-4029 RMW

1

The Court has already approved the Petition for Minor's Compromise in this matter and the parties stipulate and request that a dismissal with prejudice should be entered at this time. Each party will bear his or her own costs and attorneys' fees.

Dated:  12/22/10                              /s/ Robert R. Powell____
                                                                  Robert R. Powell
                                                                  Attorney for Plaintiffs


Dated:  12/22/10                              /s/ Melissa R. Kiniyalocts____
                                                                 Melissa R. Kiniyalocts
                                                                Attorney for County of Santa Clara
                                                                And Individually Named Defendant
                                                                Employees of County of Santa Clara


## ORDER

All of plaintiffs' claims in the 4th Amended Complaint against the County of Santa Clara and all defendant-employees of the County of Santa Clara are dismissed with prejudice.  Each party will bear his or her own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: 2/7/11
                                                                 *Ronald M. Whyte*_____
                                                                Judge Ronald M. Whyte
                                                                United States District Court
                                                                San Francisco, California