```
RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Assistant City Attorney (#93249)
CLIFFORD GREENBERG, Senior Deputy City Attorney (#122612)
SHANNON SMYTH-MENDOZA, Senior Deputy City Attorney (#188509)
Office of the City Attorney
200 East Santa Clara Street
San Jose, California  95113
Telephone:   (408) 535-1900
Facsimile:    (408) 998-3131
Email:          cao.main@sanjoseca.gov
```

Attorneys for Defendants CITY OF SAN JOSÉ, WILLIAM HOYT, and CRAIG BLANK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSÉ FACILITY

| | |
|---|---|
| TRACY WATS0N, RENEE STALKER, PAM STALKER as Guardian Ad Litem for O.S., S.W., and R.W., minors,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA CLARA, SANTA CLARA VALLEY MEDICAL CENTER; EVERGREEN SCHOOL DISTRICT; CITY OF SAN JOSE, NORMA SPARKS, LINDA BAUM, SHARON BURGAN, JEWELS RAMIREZ, YAZMINA LETONA, LINDA CASTALDI, VU TRAN, RIMA SINGH, AARON WEST, ROSE REAL, ROBERT PRUITT, GARY KISHIMOTO, CHERYL HARMS, CLAUDIA BLODGETT, JOHN HAMILTON, ANITA NOBLE, JANET KAHLE, MARY RITTER, DAVID KERNS, WILLIAM HOYT, CRAIG BLANK,<br><br>Defendants. | NO.:   C06-04029 RMW<br><br>**STATEMENT OF THE CASE**<br>(Disputes are noted in parentheses) |

This case involves claims by Plaintiffs Tracy Watson and Renee Stalker and their children, Olivia, Riley and Shaffer, that the children were illegally taken from the custody and care of their family by Defendants, San Jose Police Detectives Sgt. Craig Blank and Officer William Hoyt.  (Defendants suggest: This case involves claims by Plaintiffs Tracy Watson and Renee Stalker and their children, Olivia, Riley and Shaffer, that the children were *improperly*

taken from the custody and care of their family by Defendants, San Jose Police Detectives Sgt. Craig Blank and Officer William Hoyt.)

Plaintiffs claim that on June 29, 2005, the officers illegally entered their home and improperly seized Riley and Shaffer, ages 1 and 2, without a warrant or legal right.  Plaintiffs also claim that on June 30, 2005, Defendant officers improperly seized Olivia after an interview at the police interview center.  Defendant City of San Jose and officers Blank and Hoyt contend that the entry into the house on June 29, 2005 and seizures of the children on June 29, and June 30, 2005, were proper because of an imminent risk of serious bodily harm. (Defendants suggest: Defendant City of San Jose and officers Blank and Hoyt contend that the entry into the house on June 29, 2005 and seizures of the children on June 29, and June 30, 2005, were proper because of an imminent risk of *abuse or* serious bodily harm.) Additionally, Plaintiffs claim that the City of San Jose is liable due to policies or practices that led to the improper seizure of the children.  The City denies that its policies and practices were improper.

This trial will be divided into two phases.  In phase 1, the jury will be asked to determine whether Defendants City, Blank, and/or Hoyt violated Plaintiff's constitutional rights.  If the jury finds liability, the second phase of this trial will involve the appropriate amount of damages to be awarded.

DATED: March 18, 2011              RICHARD DOYLE, City Attorney

By: _____/s/ Clifford S. Greenberg_____
       CLIFFORD S. GREENBERG
       Senior Deputy City Attorney

Attorneys for Defendants CITY OF SAN JOSÉ, WILLIAM HOYT, and CRAIG BLANK

STATEMENT OF THE CASE;                    2                              736960
C06-04029 RMW