IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

WATSON, et al.,

    Plaintiff,

  v.

CITY OF SAN JOSE, et al.,

    Defendants.

*E-FILED - 3/21/11*

CASE NO.: C-06-04029-RMW

**ORDER**

The plaintiffs listed San Jose police officer Doug Rock as a witness they intend to call. Counsel for the defendants agreed to produce the witness without the need for a subpoena. Unknown to defense counsel until recently, Officer Rock has apparently retired and refuses to appear or authorize the City to accept service on his behalf or release his current address. Since the defense promised to produce Officer Rock, and upon good showing, the court hereby orders that the police department contact Officer Rock and advise him that he can: (1) agree to appear upon reasonable advance notice; (2) authorize the City Attorney's Office to accept service on his behalf; or (3) authorize the City to release his address for service. If Officer Rock refuses to do any of the above, the City is ordered to provide Officer Rock's contact information to counsel by 1:00 p.m. on March 22, 2011, in this case to be used solely for purposes of this litigation and the contact information will be filed under seal, if Officer Rock requests.

DATED: 3/21/11

                                          RONALD M. WHYTE
                                          United States District Judge

1

ORDER
NO. C-06-04029-RMW

1
2  Copy of Order E-Filed to Counsel of Record:
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER
NO. C-06-04029-RMW