```
                    CIVIL TRIAL MINUTES         *E-FILED*
                  NORTHERN DISTRICT OF CALIFORNIA
```

Date: March 30, 2011
Time: *3 hrs.& 30 mins.*

Before:   **RONALD M. WHYTE**          Presiding Judge

          **JACKIE GARCIA**            Courtroom Deputy Clerk

          **IRENE RODRIGUEZ**          Court Reporter

CASE NO.  **C-06-04029-RMW**

CASE TITLE: **WATSON, et al.**          vs. **CITY OF SAN JOSE, et al.**

ATTY. APPEARANCES: PLF: **P. Johnson/R. Powell**

                   DFT: **C. Greenberg/S. Smyth-Mendoza**

PROCEEDINGS: **FURTHER JURY TRIAL PROCEEDINGS**

8:30 AM: Hearing outside the presence of the jury to discuss trial exhibits. 8:40 AM: Jury present. Closing arguments began. The Court instructs the jury. 11:20 AM: The Court excused the jury to begin their deliberations. 12:30 PM: The jury reached a verdict and the Clerk published the verdict. The Court noticed an error in the numbering on the verdict form [Page 9 - Section C]. The Court voir dired the foreperson and instructed the jury to go back to the jury room to recheck the verdict form where the numbering error occurred. The verdict will stand. 12:50 AM: Jury excused for the day. Further jury trial proceedings as to the liability phase of the case is set for 3/31/11 @ 8:30 AM. Court to meet with counsel to go over instructions on 3/31/11 @ 8:00 AM.