IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY WATSON, RENEE STALKER, OLIVIA STALKER, SHAFER WATSON, and RILEY WATSON,<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG BLANK, WILLIAM HOYT, and CITY OF SAN JOSE,<br><br>Defendant. | ***E-FILED***<br><br>CASE NO. C-06-04029-RMW<br><br>**JURY NOTES** |

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

**WATSON, et al.,**

   Plaintiff(s),

    -vs-

**CITY OF SAN JOSE, et al.,**

   Defendant(s),

Case No.: *C-06-04029-RMW*

**NOTE FROM THE JURY**

YOUR HONOR,

Foreperson: David Huff

Schedule
Wed - No Break til 1400
Thurs - 800-1200 Lunch
1300 - 1700
FRI - 800 - 1200
1300 - 1700

DATED AT SAN JOSE, CALIFORNIA ON 3/30/2011

TIME: 11:29

SIGNATURE OF JUROR/FOREPERSON

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **WATSON, et al.,** | ) | Case No.: **C-06-04029-RMW** |
| Plaintiff(s), | ) | |
| -vs- | ) | |
| **CITY OF SAN JOSE, et al.,** | ) | |
| Defendant(s), | ) | |

**NOTE FROM THE JURY**

YOUR HONOR,

Can we confirm what the law states with regard to powers granted to government agents to take siblings into custody/protective services when any one child is considered at immediate risk (even when the siblings themselves are not at immediate risk).

DATED AT SAN JOSE, CALIFORNIA ON 3/23/11

TIME: _____

_____
**SIGNATURE OF JUROR/FOREPERSON**