**E-FILED on** 4/28/2011

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRACY WATSON, et al., | No. C-06-04029 RMW |
| Plaintiffs, | |
| v. | ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO EXCEED 25-PAGE LIMIT |
| COUNTY OF SANTA CLARA, et al. | |
| Defendants. | **[Re Docket No. 458]** |

Having considered plaintiffs' opposition, and for good cause shown, it is hereby ordered that the request by Defendants City of San Jose, William Hoyt, and Craig Blank for Leave to Exceed 25-Page limit for the post-trial motions to be filed on April 29, 2011 is GRANTED. Defendants' motion papers shall not exceed 35 pages.

DATED: 4/28/2011

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge