**PETER JOHNSON CSB#165523**
**LAW OFFICE OF JOHNSON & JOHNSON**
319 Railroad Ave., Ste. 201
Pittsburg, California 94565
T: (925) 432-7447 F: (925) 473.0512
E: jjlaw2@earthlink.net

*E-FILED - 5/6/11*

**ROBERT R. POWELL, ESQ.  CSB#159747**
**LAW OFFICES OF ROBERT R. POWELL**
925 West Hedding Street
San Jose, California  95126
T: 408-553-0200 F: 408-553-0203
E: rpowell@rrpassociates.com

Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRACY WATS0N, et al., <br><br>                   Plaintiffs, <br> v. <br><br> COUNTY OF SANTA CLARA,  et al., <br><br>         Defendants. | Case No.  C 06-4029 RMW <br><br> [] <br> ORDER OF THE COURT RE: PENDING ATTORNEY FEE MOTION AND MOTION TO SEAL |

On April 22nd, 2011, the parties submitted by ECF filing a Stipulation regarding currently pending motions for Attorney Fees, and to Seal Records, both filed by plaintiffs. Based on a review of the stipulation, the court file, the Motions filed by plaintiffs, and the Opposition as well as the Supplemental Opposition filed by the defendants to the motions for Attorney Fees and to Seal the plaintiffs' billing records upon filing, which included a request to only provide said billing records to the court, the court finds good cause for the relief requested in the Stipulation submitted, and hereby adopts the following stipulated orders as the Order of this court:

1 – At the hearing anticipated to be set on post-trial filings by defendants, the court shall consult with counsel and set a date for a hearing and briefing schedule on the plaintiffs Motion for Attorney Fees.

2 – The parties will address with the court, at the time of the anticipated hearings, what portions of the plaintiffs' attorney's billing records will be filed, whether they will be filed under seal, whether the defense shall receive a copy, and whether and to what extent any version of the billings submitted are to be redacted.

3 - The plaintiffs will be allowed to submit all attorney fee requests up to and through the hearing on any motions that defendants file at the attorney fee hearing set at the time of the hearing on the defendants' motion(s), and file such billing records, in such form, as the court directs at the anticipated hearing on the defendants' post-trial motions.

4 – The Ex-parte Motion to Seal Records (Docket #454) is dismissed.

**IT IS SO ORDERED.**

Date: 5/_6/11                    _____
                                 JUDGE RONALD M. WHYTE
                                 NORTHERN DISTRICT COURT
                                 OF CALIFORNIA – SAN JOSE