**PETER JOHNSON CSB#165523**
**LAW OFFICE OF JOHNSON & JOHNSON**
319 Railroad Ave., Ste. 201
Pittsburg, California 94565
T: (925) 432-7447 F: (925) 473.0512
E: jjlaw2@earthlink.net

**ROBERT R. POWELL, ESQ.  CSB#159747**
**LAW OFFICES OF ROBERT R. POWELL**
925 West Hedding Street
San Jose, California  95126
T: 408-553-0200 F: 408-553-0203
E: rpowell@rrpassociates.com

Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRACY WATS0N, et al.,<br><br>                    Plaintiffs,<br>v.<br><br>COUNTY OF SANTA CLARA,  et al.,<br><br>          Defendants. | Case No.  C 06-4029 RMW<br><br>ORDER OF THE COURT AUTHORIZING EXCESS PAGES FOR PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION (Docket #465) |

　　　The parties Stipulation Authorizing Excess Pages for Plaintiffs' Opposition (Docket #468) to Defendants' Motion (Docket #465) submitted this 16th day of May, 2011, has been considered and reviewed by the court, and the court thereupon orders as follows:

　　　The Court approves and accepts the Plaintiffs' Opposition as submitted and authorizes post-hoc the submission of five additional pages in the Opposition.

　　　**IT IS SO ORDERED.**

Date: 5/__17___/11                    _____*Ronald M. Whyte*_____
　　　　　　　　　　　　　　　　　　　JUDGE RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　NORTHERN DISTRICT COURT
　　　　　　　　　　　　　　　　　　　OF CALIFORNIA – SAN JOSE

Order Authorizing Excess Pages
In Opposition Docket #468
Watson-Stalker v. Santa Clara County
Case No. C06-4029 RMW

1