PETER JOHNSON CSB#165523
LAW OFFICE OF JOHNSON & JOHNSON
319 Railroad Ave., Ste. 201
Pittsburg, California 94565
T: (925) 432-7447 F: (925) 473.0512
E: jjlaw2@earthlink.net

ROBERT R. POWELL, ESQ.   CSB# 159747
DENNIS R. INGOLS, ESQ.    CSB# 236458
BRETT O. TERRY, ESQ.      CSB# 270694
LAW OFFICES OF ROBERT R. POWELL
925 West Hedding Street
San Jose, California 95126
(408) 553-0200 Telephone
(408) 553-0203 Facsimile
E: rpowell@rrpassociates.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY WATSON, et al., <br><br> Plaintiffs, <br> v. <br><br> COUNTY OF SANTA CLARA, et al., <br><br> Defendants. | Case No. C 06-4029 RMW <br><br> ORDER OF THE COURT RE: CONTINUE CASE MANAGEMENT CONFERENCE <br><br> Current Date:  March 30, 2012 <br> Re-Set Date: April 6, 2012 <br> Time: 10:30 a.m. <br> Room:  6, 4th Floor <br> Judge: Ronald M. Whyte |

The Court, having received, reviewed, and considered the stipulation of the parties, hereby orders the following:

1. The Case Management Conference currently scheduled to be heard on March 30, 2012, at 10:30 a.m., shall be re-set to April 6, 2012 at the same time and location.

//

2. The Revised Joint Case Management Statement shall be filed no later than March 30, 2012.

**IT IS SO ORDERED.**

Date: March 4; , 2012

_____
HONORABLE RONALD M. WHYTE
United States District Court Judge

Order of the Court Re: Continue
Case Management Conference
Watson-Stalker v. Santa Clara County
Case No. C06-4029 RMW

2