**PETER JOHNSON CSB#165523**
**LAW OFFICE OF JOHNSON & JOHNSON**
319 Railroad Ave., Ste. 201
Pittsburg, California 94565
T: (925) 432-7447 F: (925) 473.0512
E: jjlaw2@earthlink.net

**ROBERT R. POWELL, ESQ.  CSB#159747**
**LAW OFFICES OF ROBERT R. POWELL**
925 West Hedding Street
San Jose, California  95126
T: 408-553-0200 F: 408-553-0203
E: rpowell@rrpassociates.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(San Jose Division)

| | |
|---|---|
| TRACY WATSON, et al., | Case No.  C 06-4029 RMW |
| Plaintiffs, | [] |
| v. | ORDER I TCP VP I |
| COUNTY OF SANTA CLARA,  et al., | PLAINTIFFS' REQUEST FOR ADMINISTRATIVE RELIEF |
| Defendants. | |

**FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT** Plaintiffs' Request

for Administrative Relief."uggmkpi 'ngcxg'vq'hkng'vj gkt'Tgpgy gf'Oqvkqp'hqt'Cwvqtpg{u)'Hggu'"

qpg'fc{'dg{qpf'vj g'36/fc{'rgtkqf'rtqxkfgf'kp'Hgf0T0Ekx0R076, is GRANTED.

IT IS SO ORDERED.

Date:  Qevqdgt'52.'4234

RONALD M. WHYTE

1