**United States District Court**
For the Northern District of California

E-FILED on   10/31/2012

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRACY WATSON, RENEE STALKER, PAM STALKER as Guardian *Ad Litem* for O.S., S.W. and R.W., minors,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA CLARA, *et al.*,<br><br>Defendants. | No. C-06-04029 RMW<br><br>ORDER DENYING MOTION TO FILE DOCUMENTS UNDER SEAL<br><br>**[Re Docket No. 534]** |

Plaintiffs' motion to file under seal billing records in support of their motion for attorneys' fees is DENIED. Plaintiffs must lodge a redacted version for filing in the public record pursuant to Civil L.R. 79-5(c), and, if plaintiffs can demonstrate that the redacted portions are sealable, the court will permit plaintiffs to file those portions under seal.

DATED:      October 31, 2012

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER DENYING MOTION TO FILE DOCUMENTS UNDER SEAL—No. C-06-04029 RMW
LJP